# United States District Court for the Northern District of New York

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAR 27 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

Maxmillian Sloley
Plaintiff

v.

State of New York, official and Individual capacities
Eric VanBramer,
Brian VanBramer
Defendants

1:14-CV-339 GLS/CFH

Civil Action No. _____

In Forma Pauperis
28 U.S.C. §1915

## Application to Proceed In District Court Without Prepaying costs or fees.  28 U.S.C. §1915(a)(1).

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested

In support of this application, I answer the following questions under penalty of perjury:

1) I am being held at MDC Brooklyn-Federal Bureau of Prison

2) I have absolutely no source of income. No assets. No financial status to cover any court fees.

3) No Monthly expenses.
4) No funds in a checking or saving account.
5) No dependants.
6) Attached is my most recent or available trust fund or prison account. I have been in custody since February 14, 2014.

7. I am proceeding Pro Se at this initial stage of my civil complaint.

Dated: March 4, 2014

Maxmillian Sloley
Reg.# 55501-054
M. Sloley, Pro Se
MDC Brooklyn