1:14cv-339

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 1 14-CV 339

Maxmillian Sloeley
55501-054
MDC Brooklyn
Metropolitan Detention Center
Inmate Mail / Parcels
P.O. Box 329002
Brooklyn, New York 11232

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name) — U.S. DISTRICT COURT N.D. OF N.Y.
C. Date of Delivery — RECEIVED APR 0 7 2014 LAWRENCE K. BAERMAN, CLERK ALBANY

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®  ☐ Priority Mail Express™
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 4536 0184

PS Form 3811, July 2013      Domestic Return Receipt