U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 0 9 2014

LAWRENCE K. BAERMAN, CLERK
ALBANY

RE: 14CV339
Maxmillian Sloley
v
State of New York,
et al,

Clerk of Court,

This is to inform the Court that as of April 25, 2014, I'm no longer accessible to the address of MDC Brooklyn federal Institution. My current address at this time is 80 Bridge St. Catskill, NY 12414, Greene County Jail.

M. Sloley
Maxmillian Sloley
80 Bridge St.
Catskill, NY 12414

Maxmillian Sloley
80 Bridge St.
Catskill, NY 12414

Legal Mail

US POSTAGE >> PITNEY BOWES

ZIP 12414
02 1W
0001374457 MAY 08 2014
$ 000.48⁰

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
MAY 09 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

U.S. District Court Clerk
Northern District of New York
James T. Foley Courthouse Suite 509
445 Broadway
Albany, NY 12207

INMATE MAIL

Legal Mail