U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 27 2014

LAWRENCE K. BAERMAN, CLERK
ALBANY

5-21-14
RE: 14-CV-339 - case #
Maxmillian Sloley
v
State of New York
et al,

Court clerk,

This is my third time contacting the court. My first two contacts have bee unanswered. I sent my authoritization form and my In Pauperis (poor person's) form in April 2014. I haven't got any response. I sent a letter a couple weeks ago notifying the court of my address change as of April 2014, but I haven't got a response yet. This is my second notice of an address change. My current address, as of April 2014, is 80 Bridge Street, Catskill, NY 12414 (Greene County Jail). Thank you

M. Sloly
Maxmillian Sloley

Maxmillian Sloley
Greene County Jail
80 Bridge St.
Catskill, NY 12414

U.S. District Court Clerk
Northern District of New York
James T. Foley Courthouse, Suite 509
445 Broadway, Albany, NY 12207



US POSTAGE >> PITNEY BOWES

ZIP 12414
02 1W
0001374457 MAY 23 2014
$ 000.48°

i22072S4899