U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 0 4 2014

LAWRENCE K. BAERMAN, CLERK
ALBANY

Date: 7-28-14

Lawrence K. Baerman, Clerk of Court
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207

**CHANGE OF ADDRESS**

Re: Case no. 14-CV-339

Case name Sloley v State of New York

Dear Mr. Baerman:

    This letter is to notify you of my change of address. As a pro se litigant I understand it is my responsibility to notify the Court in writing whenever my mailing address changes, pursuant to Local Rule 10.1(c)(2). Therefore my new address is:

18 Knollwood Ave
Elmsford, NY 10523

My old address was:

Greene County Jail
80 Bridge Street
Catskill, New York 12414

Thank you for your courtesies.

Sincerely,

H. Sloley

PRESS HARD. YOU ARE MAKING 3 COPIES.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO Zip Code: 10704
Day of Delivery: Next □ 2nd Del Day □
Scheduled Date of Delivery: 8/2/14
Scheduled Time of Delivery: □ Noon ☑ 3pm
Military: □ 2nd Day □ 3rd Day
Postage: $16.95
Return Receipt Fee: $
COD Fee: $
Insurance Fee: $
Total Postage & Fees: $16.95
Acceptance Emp. Initials:

Date In: 8/2/14
Time In: 11:33 ☑ PM
Weight: 1 lbs oz
Flat Rate □

**FROM:** (PLEASE PRINT) PHONE ( 917 ) 254-4475

Maximillian Sloley
18 Knollwood Ave
Elmsford, NY 10523

FOR PICKUP OR TRACKING
Visit WWW.USPS.COM
Call 1-800-222-1811

EMS

EI 80495208 US

**EXPRESS MAIL**
Mailing Label
Label 11-B, March 2004
Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt Mo. Day Time □ AM □ PM Employee Signature
Delivery Attempt Mo. Day Time □ AM □ PM Employee Signature
Delivery Date Mo. Day Time □ AM □ PM Employee Signature

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

□ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY □ Weekend □ Holiday

**TO:** (PLEASE PRINT) PHONE ( )

Lawrence K. Baerman
Clerk of Court, James T.
Foley U.S. Courthouse 445
Broadway, Albany, NY 12207

ZIP + 4: 12207+

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

1007

U.S. POSTAGE PAID
YONKERS, NY
10704
AUG 02, '14
AMOUNT
$16.95
00083566-04