UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

MAXMILLIAM SLOLEY

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                              1:14-cv-339 (GLS/CFH)

STATE OF NEW YORK, ERIC
VANBRAMER, individual and official
capacity; BRIAN VANBRAMER, individual
and official capacity

                              Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                     OF COUNSEL:

**FOR THE PLAINTIFF:**

MAXMILLIAN SLOLEY
*Pro Se*
18 Knollwood Avenue
Elmsford, New York 10523

**FOR THE DEFENDANTS:**

No Appearances Made


GARY L. SHARPE,
CHIEF JUDGE

## ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Christian F. Hummel, duly filed July

23, 2014. Following fourteen days from the service thereof, the Clerk has

sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Christian F. Hummel filed July 23, 2014 (Dkt. No. 15) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that all claims against the State of New York and the individual defendants in their official capacities are dismissed from this action; and it is further

ORDERED that Sloley's claim alleging an unconstitutional strip and cavity search in violation of the Fourth Amendment be accepted for filing and that, upon receipt from Sloley of the documents request for service of process, the Clerk is directed to issue summonses, together with copies of Sloley's complaint, and forward them to the United States Marshal for service upon defendants, and that in addition the Clerk respectfully be directed to forward a copy of the summons and complaint in this action, by mail, to the New York State Office of the Attorney General, together with a copy of this report and recommendation and any subsequent order issued by this Court; and it is further

ORDERED, that Sloley be advised that all pleadings, motions and

other documents related to this action must be filed with the clerk of the United States District Court, Northern District of New York, Fifth Floor, James T. Foley United States Courthouse, 445 Broadway, Room 509, Albany, New York 12207, and that any documents sent by any party to the Court or the Clerk must be accompanied by a certificate of showing that a true and correct copy of that document was mailed to all opposing parties or their counsel, and that Sloley must promptly notify the clerk's office and all parties or counsel of any change in this address, and that his failure to do so will result in dismissal of this action; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: September 3, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court