

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct: (518) 473-7184

November 20, 2014

Hon. Christian F. Hummel  
United States Magistrate Judge  
U.S. District Court, Northern District of New York  
445 Broadway, Room 441  
Albany, NY 12207

    Re: *Sloley v. VanBramer*  
         Northern District of New York  
         14-CV-339 (GLS/CFH)

Dear Magistrate Hummel:

I am representing defendant Brian VanBramer in this matter. A response on his behalf to the Complaint is due on November 25, 2014. Because the claims in the Complaint must be investigated, may I have an additional 30 days, or to December 24, 2014, to respond to the Complaint on his behalf? I also request that the date of the initial conference be postponed from January 2, 2015 to a date agreeable to the Court later in January.

Thank you for your consideration of this request.

**Pursuant to 28 U.S.C. 1746 I declare that, on this date, I caused the plaintiff to be served with a copy of this letter request by First-Class United States Mail at the address listed below.**

                            Respectfully yours,

                            s/ *Stephen M. Kerwin,* B/R # 103129

                            Stephen M. Kerwin  
                            Assistant Attorney General

cc:    Maxmillian Sloley  
        18 Knollwood Avenue  
        Elmsford, NY 10523