

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-7184

December 1, 2014

Hon. Christian F. Hummel
United States Magistrate Judge
U.S. District Court, Northern District of New York
445 Broadway, Room 441
Albany, NY 12207

  Re: ***Sloley v. VanBramer***
    Northern District of New York
    14-CV-339 (GLS/CFH)

Dear Magistrate Hummel:

According to the docket, defendant Eric Van Bramer has acknowledged service of the Complaint in this matter, and a response to the Complaint on his behalf is due on December 9, 2014. I am representing him. I previously requested an extension of the response date on behalf of co-defendant, Brian Van Bramer, to December 24, 2014. I ask for the same extension on behalf of Eric Van Bramer. I also request that the date of the initial conference be postponed from January 2, 2015 to a date agreeable to the Court later in January.

Thank you for your consideration of this request.

**Pursuant to 28 U.S.C. 1746 I declare that, on this date, I caused the plaintiff to be served with a copy of this letter request by First-Class United States Mail at the address listed below.**

            Respectfully yours,

            s/ *Stephen M. Kerwin,* B/R # 103129

            Stephen M. Kerwin
            Assistant Attorney General

cc: Maxmillian Sloley
   18 Knollwood Avenue
   Elmsford, NY 10523