UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

                        *Plaintiff*,

      -against-

ERIC VANBRAMER; BRIAN VANBRAMER; STATE OF NEW YORK,

                        *Defendants*.

**DECLARATION OF SERVICE**

14-CV-0339

GLS/CFH

---

      I, YVONNE R. ROSS, declare pursuant to 28 USC § 1746, that on January 23, 2015, I served the annexed **Initial Disclosures Pursuant to FRCP Rule 26(a)(1)(A)** upon the following individual(s), by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual(s) at the address(es), designated for that purpose, as follows:

Maxmillian Sloley
18 Knollwood Avenue
Elmsford, New York 10523


Dated: January 23, 2015
       Albany, New York

                                 *S/Yvonne R. Ross*
                                   YVONNE R. ROSS