

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2583

March 25, 2015

**Via CM/ECF**
Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
Albany, NY 12207

Re: *Sloley v. VanBramer, et al.*
    Northern District of New York
    14-CV-339 (GLS)(CFH)

Dear Judge Hummel:

    I respectfully submit this correspondence as defendants' status report in the above-referenced matter. On January 23, 2015, defendants served their initial disclosures on plaintiff. *See* Dkt. No. 29. Defendants have not yet received plaintiff's initial disclosures. On February 27, 2015, our office sent a good faith letter to plaintiff requesting that he serve his initial disclosures.

    In addition, on March 4, 2015, defendants served interrogatories, requests for documents, and other discovery demands upon plaintiff. Defendants have not received a response to any of those demands.

    Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the plaintiff to be served with a copy of this letter by First-Class United States Mail at the address listed below.

                                      Respectfully submitted,

                                      ERIC T. SCHNEIDERMAN
                                      Attorney General of the State of New York
                                      Attorney for Defendants
                                      The Capitol
                                      Albany, New York 12224-0341

                                      By: _____
                                      MARK G. MITCHELL
                                      Assistant Attorney General

Tel: (518) 776-2583
Fax: (518) 915-7738
Bar Roll No. 516818
Mark.Mitchell@ag.ny.gov

cc: Maxmillian Sloley
18 Knollwood Avenue
Elmsford, New York 10523