UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAXMILLIAN SLOLEY

No. 1:14-CV-339
(GLS/CFH)

vs.

STATE OF NEW YORK

## ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the INTERROGATORIES AND REQUESTS for DOCUMENTS , DKT #34 in the above-entitled action shall be stricken from the docket for the following reason(s) listed below. Because Plaintiff's submission is being stricken from the docket, it will not be considered by the Court.

1. Pursuant to Local Rule 26.2, the Court does not accept the filing of discovery materials, such as, Interrogatories, Document Requests, unless the Court specifically directs such documents be filed or when submitted in support of a motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. Since the Court has not directed the filing of Discovery in this action, nor is Plaintiff's submission in support of a motion filed pursuant to Rule 37, neither discovery materials nor certificates of service regarding the same are to be filed with the Court.

SO ORDERED,

DATED:   April 7, 2015
         Albany, NY

Christian F. Hummel
U.S. Magistrate Judge