

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2583

April 30, 2015

**Via CM/ECF**
Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
Albany, NY 12207

Re: *Sloley v. VanBramer, et al.*
Northern District of New York
14-CV-339 (GLS)(CFH)

Dear Judge Hummel:

Our office represents defendants Eric VanBramer and Bryan VanBramer in the above-referenced action. I write to request a court conference to address plaintiff's failure to appear at his scheduled deposition.

On April 14, 2015, our office served upon plaintiff notice that his deposition would take place on April 29, 2015 at 10:00 a.m. On April 28, 2015, I spoke to plaintiff by phone and he confirmed that he would appear the next day at 10:00 a.m. for his deposition.

On April 29, 2015, plaintiff failed to appear for his scheduled deposition. At approximately 10:22 a.m., I attempted to reach plaintiff at his designated phone number. Plaintiff did not answer my call, nor did it go to voicemail. At shortly after 11:00 a.m., I excused the court reporter.

At approximately 2:15 p.m.—more than four hours after the deposition was scheduled to begin—plaintiff called and requested that his deposition be rescheduled. Plaintiff did not provide a reason for his failure to attend the deposition.

In light of plaintiff's unexplained failure to attend his deposition, I request a conference with the Court to discuss a potential motion for sanctions, including the costs for the court reporter's appearance on April 29, 2015 and a court-ordered date for plaintiff's deposition with a condition that his action will be dismissed in the event he fails to appear. I would also like to discuss an extension of certain deadlines in the pretrial scheduling order. At present, discovery must be completed by May 29, 2015 and dispositive motions must be filed by July 30, 2015. Inasmuch as I expect to serve new discovery requests based on information learned at plaintiff's deposition, defendants will need sufficient time to obtain responses to those new demands prior to the completion of discovery.

Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the plaintiff to be served with a copy of this letter by First-Class United States Mail at the address listed below.

Respectfully submitted,

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: *s/ Mark G. Mitchell*
Mark G. Mitchell
Assistant Attorney General
Tel: (518) 776-2583
Fax: (518) 915-7738
Bar Roll No. 516818
Mark.Mitchell@ag.ny.gov

cc:     Maxmillian Sloley
        171 Eagle Street
        Albany, New York 12202