U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 29 2015

LAWRENCE K. BAERMAN, CLERK 4/29-15
ALBANY

RE: Maxmillian Sloley

v.                                    14-CV-339

Eric Vanbramer
Bryan Vanbramer

CC. Mark G. Mitchell (Assistant Attorney General)

Judge Hummel,

    This is in regard to a deposition that I was scheduled to take today at 10:am. Apparently this morning I realized I needed to jumpstart my vehicle since I was in Greene County which is about 30 minutes from Albany where my deposition was scheduled. Numerous occasions I tried to contact Attorney Mark Mitchell (who represents the defendants) at the same number which he recently contacted me from. But every time I call that number a recording says the phone number is not in service. So finally I get to my address in Albany to find a letter which has another number for Mr. Mitchell.

Upon answering my call I explained my situation requesting a chance to reschedule later on today, which is the same day, or to reschedule for any other day. Mr. Mitchell's response and attitude was very unreasonable. He was very much not understanding to the situation. Thus telling me that a rescheduling would result in the deposition being paid by me and/or that he is going to seek a dismissal due to the situation. This letter is to let the Court know that I was and still is willing to adhere to taking my deposition and at no time was I trying to avoid it. Mr. Mitchell was the only one being uncooperative and unreasonable.

Thank You,

M. Sloe

Maxmillian Sloley
171 Eagle st. 1st floor
Albany, NY 12202