UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

          *Plaintiff*,  **NOTICE OF MOTION**

  -against-          14-CV-0339

ERIC VANBRAMER and BRYAN VANBRAMER,  GLS/CFH

          *Defendants*.

---

  PLEASE TAKE NOTICE that upon the annexed Attorney Declaration of Mark G. Mitchell with exhibits, Affidavit of Bryan VanBramer, Affidavit of Eric VanBramer, Statement of Material Facts, Memorandum of Law, and Notice to Pro Se Litigant, and upon all prior proceedings, Defendants, on November 5, 2015 at 9:30 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting Defendants' motion for summary judgment dismissing Plaintiff's Complaint in its entirety and with prejudice, together with such other and further relief as may be just.

Dated: Albany, New York
September 18, 2015

                           ERIC T. SCHNEIDERMAN
                           Attorney General of the State of New York
                           Attorney for Defendants
                           The Capitol
                           Albany, New York  12224-0341

                           By: *s/ Mark G. Mitchell*
                           Mark G. Mitchell
                           Assistant Attorney General, of Counsel
                           Bar Roll No. 516818
                           Telephone: 518-776-2583
                           Fax::   518-915-7738 (Not for service of papers)
                           Email: mark.mitchell@ag.ny.gov

To:    Maxmillian Sloley
         Plaintiff pro se
         171 Eagle Street
         Albany, New York  12202