UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

                                                      *Plaintiff*,          **ATTORNEY
                                                                          DECLARATION**

                        -against-
                                                                          14-CV-0339

ERIC VANBRAMER and BRYAN VANBRAMER,
                                                                          GLS/CFH
                                                      *Defendants*.

---

        Mark G. Mitchell, on the date noted below and pursuant to § 1746 of title 28 of the

United States Code, declares the following to be true and correct under penalty of perjury under

the laws of the United States of America:

        1.        I am an Assistant Attorney General in the office of ERIC T. SCHNEIDERMAN,

Attorney General of the State of New York, attorney for Defendants Eric VanBramer and Bryan

VanBramer (collectively "Defendants") in the above-captioned action.  I am an attorney duly

admitted to practice before this Court and am fully familiar with the proceedings had herein.

        2.        I make this Declaration in support of Defendants' motion for summary judgment.

        3.        Attached hereto as **Exhibit A** is a true and correct copy of the transcription of the

deposition testimony of Plaintiff Maxmillian Sloley, taken on May 18, 2015.

        4.        Attached hereto as **Exhibit B** is a true and correct copy of the Greene County 911

CAD Incident Detail dated April 1, 2013.

1

WHEREFORE, it is respectfully submitted that Defendants' motion for summary judgment should be granted and Plaintiff's Complaint should be dismissed in its entirety and with prejudice.  Defendants also request such other and further relief as is just and proper.

Dated:  September 18, 2015
        Albany, New York

s/ Mark G. Mitchell
Mark G. Mitchell
Assistant Attorney General, of Counsel
Bar Roll No. 516818
Telephone:  518-776-2583
Fax:  518-915-7738
Mark.Mitchell@ag.ny.gov