## CERTIFICATION

I, **Randy Ormerod**, hold the position of **Deputy Director of Emerg Svc** at **Greene Cty Emergency Services**. In that position, I am familiar with the records kept by the Greene County 911 Center. I have reviewed the attached documents and hereby state and certify that they are a complete, true, and exact copy of the CAD Incident Detail maintained by the Greene County 911 Center. I certify that the attached records were kept in the regular course of business of the Greene County 911 Center. I certify that making those records was a regular practice of the Greene County 911 Center; that those records were made at, or within a reasonable time after, the time of the act, event, condition, or opinion documented in those records; and that those records were made by an individual with knowledge of such act, event, condition, or opinion, or from information transmitted by an individual with such knowledge.

_____
Randy Ormerod

Sworn to before me this
**10th** day of **September**, 2015

_____
Notary Public

Theresa A. Brett
Notary Public, State of New York
No. 01BR6039172
Qualified in Greene County
Commission Expires 04/03/2018


```
Apr. 1. 2013 5:56AM    Greene County 911 Center              No. 2163  P. 1

04/01/2013                 GREENE COUNTY 911                  PAGE     1
05:53:31                   CAD Incident Detail                USER D2014


CAD Incident: 2013-00008211           ESN   : 0156          AV  AT  CK  R
Phone      : 518 945-1957             Law   : ATHENS VILL   636 633 634 637
Name       : ROWLINS, DAPHNE          Fire  : ATHENS FD
Address    :                          EMS   : CATSKILL AMB
Community: ATHENS VILLAGE             Rescue: COORDINATOR
Jurisdctn:
                                      Disp :
SubDivisn:                            Source: 911
Low Intersection : MARKET ST
High Intersection: SOUTH ST
..........................................................................
CAD Call Times: 911 HANG UP
..........................................................................
Incoming Call: 04/01/2013 04:35:18
Call Created : 04/01/2013 04:35:27   Created By: D2014      Pos:002 TERM 2
Call Send Time    :       04:37:46   Sent By   : D2014      Action:
Call Dispatch Time:       04:37:52   Event : 911HU   2      Language:
Call Enroute Time :       04:38:02   Law   :
Call Arrival Time :       04:53:30   Fire  :
Call Clear Time   :       00:00:00   EMS   :
Call Closed  :00/00/0000 00:00:00    Rescue:

Original Dispatch Remarks:
   911 hang up call NO voice contact - upon call back line went to a
   business line NO direct contact
..........................................................................
                               Narratives
..........................................................................

Narrative By: 003\D2034       04/01/2013 04:39
Wait Item Information Originally Created By: D2034
Event: DOMEST Pri: 1 Phone: 5189451957 Source: 911    Disp:
Location:
Community:ATHENS VILLAGE               ESN: 0156
Name: STARR PETER
CALLER REPORTS THAT THE MALE SUBJ IS OUTSIDE BEATING HER CAR
 WITH A BASEBALL BAT - TAN COAT & JEANS

Narrative By: 003\D2034       04/01/2013 04:40
MALE'S NAME IS MAX SOLEY

Narrative By: 003\D2034       04/01/2013 04:41
MALE IS 36YO - NO KIDS IN THE HOUSE - NO OTHER WEAPONS WITH THE SUBJ -

Narrative By: 003\D2034       04/01/2013 04:41
SUBJ DENIES THE NEED FOR EMS - STATES THEY HAVE BEEN DRINKING THIS EVENING

Narrative By: 003\D2034       04/01/2013 04:43
SUBJ STATES THAT THE MALE SUBJ HIT HER WITH HIS FISTS - STATES THE MALE SUBJ
TOOK HER CELL PHONE AFTER AN ARGUMENT, HIT HER AND SHOVED HER

Narrative By: 003\D2034       04/01/2013 04:43
```

Apr. 1. 2013 5:56AM    Greene County 911 Center              No. 2163   P. 2

```
04/01/2013                    GREENE COUNTY 911                         PAGE     2
05:53:31                       CAD Incident Detail                     USER D2014
```

FEMALE SUBJ IS 29 YO - 1/8/1984 -

Narrative By: 003\D2034      04/01/2013 04:44
HER CAR IS PARKED ON THE STREET - MALE SUBJ HAS A WHITE NISSAN MAXIMA - HER CAR
IS A SILVER FORD FOCUS

Narrative By: 003\D2034      04/01/2013 04:47
CALLER STATES THAT THE MALE SUBJ HAS LEFT THE SCENE - MIDDLE ROAD IN HUDSON - IN
AN APARTMENT COMPLEX CALLER STATES SHE BELIEVES HE LIVES IN GRIFFIN'S APARTMENTS
- THE THIRD APARTMENT, POSSIBLY - CALLER STATES THE MALE SUBJ IS ON PAROLE OUT
OF MANHATTAN - SUBJ IS A BLACK MALE

Narrative By: 003\D2034      04/01/2013 04:50
CALLER STATES THE MALE SUBJ'S VEHICLE IS A NEWER WHITE MAXIMA WITH A BLACK ROOF
..............................................................................
                              Vehicle Information
..............................................................................
Vehicle Information:
Tag : GDR7736         St: NY            Year: 2010
VIN :                                   Conditon:
Make: NISSAN          Model: MAXIMA     Color: WHITE
DL  : MCDERMOTT, JANET                  State: NY

Vehicle Demographic Data: No Information Entered
..............................................................................
                              CAD Person Information
..............................................................................
Suspect: SLOLEY, MAXMILLIAN
DOB:        /1976    Race: B           Gender: M    Height: 5-09    Weight:  0
Hair:                Eyes: BROWN       Complexion:
Clothing:
Address:                     , ELMSFORD (WESTCHESTER)              Phone: 000-000-0000
Other Information: No Information given

..............................................................................
UNIT    DEPT STATUS/DSP/CASE    LOCATION/REMARK              USER   DATE    TIME
..............................................................................
SP      L09 DSP                                              D2014 04/01 04:37:52
3F45    L09 ENR                                              D2014 04/01 04:38:02
3F45    L09 LOG        UPDATED W\SCENE INFO                  D2014 04/01 04:39:09
3F45    L09 LOG        UPDATED VEHICLE INFO                  D2014 04/01 04:45:18
C-18    L01 ENR        BOLO SR 23 R.V.W. FOR MAXIMA          D2014 04/01 04:47:35
C-14    L01 ARR        @ RVW DATA: GDR7736                   D2014 04/01 04:53:30
C-18    L01 ARR        OUT W\C-14 RVW                        D2014 04/01 04:53:48
3F45    L09 ARR        ON SCENE                              D2014 04/01 04:54:37
C-14    L01 TR         1 MALE REENR V\ATHEN (S):11534        D2014 04/01 05:02:50
C-14    L01 ARR        @ LOC W\MALE (E):11538                D2014 04/01 05:07:57
C-18    L01 LOG        REQ. NEXT AVAILABE TOW (L\L)          D2014 04/01 05:19:20
C-18    L01 LOG        GALLAGHER - NO ETA                    D2014 04/01 05:19:27
C-14    L01 CLR        CLEAR                                 D2014 04/01 05:27:07
3F45    L09 ENRS       ENR SP CATSKILL W\1 MALE              D2014 04/01 05:40:41

```
Apr. 1. 2013  5:56AM    Greene County 911 Center              No. 2163   P. 3
04/01/2013                   GREENE COUNTY 911                      PAGE      3
05:53:31                     CAD Incident Detail                    USER D2014


C-18   L01 CLR            CLEAR                          D2014 04/01 05:50:33
..............................................................................
     UNIT / VEHICLE ASSIGNMENT
..............................................................................
SP     9000           NEW YORK STATE POLIC         —        02/26 08:45:36
3F45   2039           QUINN, JONATHAN                       03/31 20:42:25
C-18   88             GURLEY, ROBERT (RJ)                   04/01 03:34:03
C-18   75             MARRIOTT, SHAWN D                     04/01 03:34:03
C-14   82             OVERBAUGH, ANDREW                     04/01 00:46:22
C-14   74             PROPER, GARY E JR                     04/01 00:46:22


..............................................................................
                         Wrecker Information
..............................................................................
Tow #: 13-000207 Issue Date: 04/01/13 GALLAGHERS GARA  Area: 04  Officer:
                   Tow Date: 00/00/00    Time: 00:00:00
Towed From: ▓▓▓▓▓▓▓▓▓▓▓▓▓

Vehicle Information: NISSAN     MAXIMA      WHITE     2010
                     VIN: 1N4AA5AP7AC81065     Tag: GDR7736    NY

Owner Information:   MCDERMOTT
                     ▓▓▓▓▓▓▓▓▓▓▓
                     YONKERS, NEW YORK 10704
                     .*GALLAGHERS ASSISGNED*
```