UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

                               *Plaintiff*,           14-CV-0339

          -against-                            GLS/CFH

ERIC VANBRAMER and BRYAN VANBRAMER,

                               *Defendants*.

---

## NOTICE TO PRO SE LITIGANT PURSUANT TO RULE 56.2

PLEASE TAKE NOTICE that this motion seeks dismissal of some or all of the claims asserted in the complaint and that the pro se plaintiff's failure to respond to the motion may result in the Court entering a judgment against the pro se plaintiff.

Dated: Albany, New York
         September 18, 2015

                                          ERIC T. SCHNEIDERMAN
                                          Attorney General of the State of New York
                                          Attorney for Defendants
                                          The Capitol
                                          Albany, New York  12224-0341

                                          By: *s/ Mark G. Mitchell*
                                          Mark G. Mitchell
                                          Assistant Attorney General, of Counsel
                                          Bar Roll No. 516818
                                          Telephone: 518-776-2583
                                          Fax: 518-915-7738 (not for service of papers)
                                          Email: mark.mitchell@ag.ny.gov