UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
MAXMILLIAN SLOLEY,

|  |  |
|---|---|
| *Plaintiff*, | **DECLARATION OF SERVICE** |
| -against- | 14-CV-0339 |
| ERIC VANBRAMER; BRIAN VANBRAMER; STATE OF NEW YORK, | GLS/CFH |
| *Defendants*. |  |

I, BETH VANDERHEYDEN, declare pursuant to 28 USC § 1746, that on September 18, 2015, I served the **Notice of Motion, Notice to Pro Se Litigant Pursuant to Rule 56.2, Affidavits of Eric VanBramer and Bryan VanBramer, Statement Pursuant to Rule 7.1(a)(3), Memorandum of Law in Support of Motion for Summary Judgment, and Attorney Declaration of Mark G. Mitchell with Exhibits A and B**, filed herein electronically upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Maxmillian Sloley
171 Eagle Street
Albany, NY 12202


Dated: September 18, 2015
       Albany, New York

                                    *s/ Beth Vanderheyden*
                                    Beth Vanderheyden