# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

September 22, 2015

# NOTICE

Re:  *Sloley v. State of New York et al.*
     1:14-cv-339 (GLS/CFH)

On September 18, 2015, the defendants filed a motion for summary judgment (Dkt. No. 41).  Your response to this motion is **due on October 19, 2015**.  As explained in the accompanying Notice entitled "Notification of the Consequences of Failing to Respond to a Summary Judgment Motion," which was also provided by the moving defendant, your failure to respond **may result in the dismissal of some or all of your claims**.

Please file your response to these motions in writing and in accordance with the Local Rules of Practice and Federal Rules of Civil Procedure.  You may file your responses by mailing it to the District Court at the following address:

> United States District Court
> Northern District of New York
> James T. Foley - U.S. Courthouse
> 445 Broadway, Room 509
> Albany, NY 12207-2924

In the event that you choose not to file a response, you are required to promptly notify the court and all other parties at the earliest practicable date, but, in any event, no less than **FOURTEEN DAYS** prior to the scheduled return date of the motion, unless good cause is shown.