U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 19 2015

LAWRENCE K. BAERMAN, CLERK
   ALBANY

10-16-15

RE: Sloley v. Vanbramer et al. (14-CV-339)
RE: Request for extension and address change Notification.

TO: United States Court/Magistrate,

This letter to the Court is a request of an extension in regards to the October 19th, 2015 deadline required in response to the defendant's motion of summary Judgement. My reason for a request for an extension is valid and necessary. I have been in the process of moving my residence/address. I no longer reside at 171 Eagle st. Albany 12202. My new/current address is:

Maxmillian Sloley
2508 US Route 9W
Ravena, NY 12143
Apartment 9L

In this letter I am also notifying the Court of my change of address.

Maxmillian Sloley
Pro se
M. Sloley

# EXPRESS MAIL
UNITED STATES POSTAL SERVICE

PLEASE PRESS FIRMLY

Print postage online – Go to

## Flat Rate Mailing Envelope
*For Domestic and International Use*

Visit us at usps.com

When used internationally affix customs declarations (PS Form 2976, or 2976A).



CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE (  )

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (  )

ZIP + 4® (U.S. ADDRESSES ONLY)
1 2 2 0 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



## PRIORITY MAIL EXPRESS™

UNITED STATES POSTAL SERVICE®

Post Office To Addressee

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | ☐ 1-Day  ☐ 2-Day | Scheduled Delivery Date (MM/DD/YY) | ☐ Military  ☐ DPO | Postage |
|---|---|---|---|---|
| 12143 | | 10/19/15 | | $ |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 10/17/15 ☐AM ☐PM | 12:00 ☐AM ☐PM | $ | $ |

| Time Accepted | | Return Receipt Fee |
|---|---|---|
| 10:31 ☐AM ☐PM | ☐ Loss Guarantee Only | $ |

| Weight | ☒ Flat Rate | | Total Postage & Fees |
|---|---|---|---|
| | | ☐ Live Shipment | $ 19.99 |

| lbs. | ozs. | ☐ Sunday/Holiday Premium | Acceptance Employee Initials |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |
|---|---|---|

| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |
|---|---|---|

LABEL 11-B, JULY 2013   PSN 7690-02-000-9996   3-ADDRESSEE COPY

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

US POSTAGE PAID
RAVENA, NY
12143
OCT 17 15
AMOUNT
$19.99
R2305H128991-03

EP13F

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Please recycle.