1

ORIGINAL

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF NEW YORK
   ------------------------------------------------
3  MAXIMILLIAN SLOLEY,
4                                    Plaintiff,
5
     -against-                       Civil Action No.
6                                    14-CV-339
7  ERIC VANBRAMER and BRIAN VANBRAMER,
8                                    Defendants.
9  ------------------------------------------------
10
11         STENOGRAPHIC MINUTES OF DEPOSITION of
12  Non-Party Witness DAPHNE ROLLINS, conducted in the
13  above-entitled matter on the 14th day of July, 2015, at
14  the offices of the New York State Attorney General,
15  Justice Building, Fourth Floor Conference Room, Albany,
16  New York, commencing at 10:20 a.m.; before ELLEN J.
17  FRANKOVITCH, a Shorthand Reporter and Notary Public
18  within and for the State of New York.
19
20
21                              Exhibit 1
22
23
24
25

AMF Reporting Services, Inc.
518-982-1341   www.amfreporting.com

```
 1    APPEARANCES:

 2      ON BEHALF OF PLAINTIFF:

 3         MAXIMILLIAN SLOLEY, Pro se
           171 Eagle Street
 4         Basement Floor
           Albany, New York 12202
 5

 6      ON BEHALF OF DEFENDANT:

 7         HON. ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL
           STATE OF NEW YORK
 8         Justice Building
           Empire State Plaza
 9         Albany, New York 12224-0341

10         BY:   MARK G. MITCHELL, ESQ.
                 Litigation Bureau
11               518.776.2583
                 Mark.Mitchell@ag.ny.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    MR. MITCHELL:  I'm Mark Mitchell from
2 the Attorney General's Office representing the
3 defendants VanBramers in this action.  We're
4 here today because our office subpoenaed a
5 nonparty witness named Daphne Rollins to
6 testify.  The plaintiff is also here for the
7 deposition.
8    The witness, Daphne Rollins, said
9 that she's had multiple restraining orders
10 against the plaintiff and that she's afraid of
11 the plaintiff.  Based on that fear, she
12 indicated that she has strong reservations
13 about testifying at the deposition today.  So
14 we have withdrawn our request to have her
15 deposition today.
16    MR. SLOLEY:  May I say something?
17    MR. MITCHELL:  If you'd like to make
18 a statement.
19    MR. SLOLEY:  Maximillian Sloley,
20 plaintiff.  For the record, there is no
21 restraining order from Daphne Rollins, nor was
22 there ever a restraining order between me and
23 Daphne Rollins, and that could easily be found
24 out.  I don't know why she would say that.
25 There's never been a restraining order or

```
 1    nothing connected to me and Daphne Rollins, so
 2    I don't know why she would use that as an
 3    excuse because that's a lie.
 4              MR. MITCHELL:  I should say, I don't
 5    know if there was an order of protection or
 6    restraining order, either one of those.
 7              MR. SLOLEY:  Neither.  No legal issue
 8    between -- no, there was a restraining order
 9    back in 2013 from the same incident where this
10    whole lawsuit came about, and that restraining
11    order was implemented from the courts and she
12    immediately went to the courts and made them
13    withdraw that restraining order, and continued
14    to have contact with me throughout my
15    incarceration, including visits and phone
16    calls and emails.  Other from that, she never
17    implemented a restraining order between me and
18    her ever.  So I don't know.
19              MR. MITCHELL:  I don't think we have
20    anything more to add, unless you do?
21              MR. SLOLEY:  No.
22              (Whereupon, the proceedings in the
23    above-entitled matter were concluded at
24    10:22 a.m.)
25                    * * * * *
```

```
 1                  C E R T I F I C A T I O N
 2
 3         I, ELLEN J. FRANKOVITCH, Shorthand Reporter
 4   and Notary Public in and for the State of New York, do
 5   hereby CERTIFY that the foregoing record taken by me at
 6   the date and place noted in the heading hereof is a true
 7   and accurate transcript of same, to the best of my
 8   ability and belief.
 9
10
11
12
13
14
15
16            _____
17                  ELLEN J. FRANKOVITCH
18
19   Dated:  July 14, 2015
20
21
22
23
24
25
```