UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

         *Plaintiff*,

   -against-

ERIC VANBRAMER; BRIAN VANBRAMER; STATE OF NEW YORK,

         *Defendants.*

**DECLARATION OF SERVICE**

14-CV-0339

GLS/CFH

---

  I, **LISA M. KOLPAKAS**, declare pursuant to 28 USC § 1746, that on November 25, 2015, I served the annexed **Reply Memorandum of Law** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Maxmillian Sloley
2508 US Route 9W
Apt. 9L
Ravena, New York 12143

Dated: November 25, 2015
   Albany, New York

             */s/ Lisa M. Kolpakas*
             Lisa M. Kolpakas