U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 03 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

RE: Maxmillian Sloley
V.
Vanbramer

14-CV-339

RE: Notification of change of mailing address.

Court Clerk,

This is to notify the Court of my change of mailing address. Any and all mail shall be sent to:

Maxmillian Sloley
18 Knollwood Ave.
Elmsford, NY 10523

Maximillian Sloley
85 Industrial Tract
Hudson, NY 12534



ALBANY NY 120

31 JUN 2016 PM 5 L

Columbia County Jail
Inmate Mail

United States Northern District Court Clerk
445 Broadway #509
Albany, NY 12207

12207-294899

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED

JUN 0 3 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY