12-12-16

Re: Sloley v. Vanbramer
14-cv-339

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 19 2016
LAWRENCE K. BAERMAN
ALBANY

1. Notice of appeal
2. Request for extension for appeal
3. Change of mailing address

1. <u>Notice of appeal</u> - Certified mail was signed and delivered November 14, 2016. Making my 30-day response in a timely fashion, since the date is attributed to the time the log book of the facility which I am currently located dates this outgoing mail, which is 12-13-16, (December 13, 2016).

2. <u>Request for extension for appeal</u> - I just got finished with a trial in Greene County, NY, which I am still in the process of post-trial motions process, which I am handling Pro Se. An extension would be very much needed and appreciated.

3. <u>Change of mailing address</u> - My new mailing address is now currently:
   <u>Greene County Jail</u>
   Maxmillian Sloley
   80 Bridge Street
   Catskill, NY 12414

M. Sloley
Maxmillian Sloley

Maxmillian Sloley
80 Bridge street
Catskill, NY 12414

INMATE MAIL

U.S. District Court Clerk
James T. Foley U.S. Courthouse
445 Broadway - Room 509
Albany, NY 12207

ALBANY NY 125
19 DEC '16
PM 2 L

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
DEC 1 9 2016
LAWRENCE K. BAERMAN, CLERK
ALBANY

12207-294899