U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 30 2016
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Utica

12-23-16
Re: 14-CV-339
Sloley v. Vanbramer
Docket No. of Appeal-52
Document Appealed-49-50

Clerk,

I am writing to get verification of when is my due date to have my official motion of appeal submitted? Due to my lack of access to legal materials, I was wondering if ~~my~~ the submission of my motion (Pro se) will be accepted even though I can't format it on a professional level? Due to my incarceration, I can only submit my motion on a non-professional level. I'm not able to call the clerk's office due to facility rules.

Maxmillian Sloley
M. Sloley
80 Bridge Street
Catskill, NY 12414
Greene County Jail

Maxmillian Sloley
80 Bridge Street
Catskill, NY 12414
Greene County Jail

neopost
12/28/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
Legal

ZIP 12414
041M12250249

**RECEIVED-UTICA**
DEC 3 0 2016
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

**INMATE MAIL**

Court Clerk office
United States District Court
Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501-1233