# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **SUPPLEMENTAL ELECTRONIC CLERK'S CERTIFICATION**

Dear Clerk of the Court,

    Please take notice that on December 19, 2016 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): ____

> IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 30th day of December, 2016.
>
> Lawrence K. Baerman, Clerk
> U.S. District Court
>
>
> By:   s/Susan Evans
>        Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | Maxmillian Sloley v. Eric VanBramer, et al.   1:14-CV-0339 |
| USCA Case No. | 16-4213 |
| Docket No. of Appeal: | 52 |
| Document Appealed: | 49-50 |

NOTE: Plaintiff's submitted a letter asking the Court when his due date to have his official motion of appeal submitted, located at document no. 54. If you would like the District Court to address this request, please advise.