# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# SECOND SUPPLEMENTAL ELECTRONIC CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on December 19, 2016 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): ____

> IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 4th day of January, 2017.
>
> Lawrence K. Baerman, Clerk
> U.S. District Court
>
>
> By:    s/Susan Evans
>          Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | Maxmillian Sloley v. Eric VanBramer, et al.  1:14-CV-0339 |
| USCA Case No. | 16-4213 |
| Docket No. of Appeal: | 52 |
| Document Appealed: | 49-50 |

NOTE: <u>On 1/4/2017, Senior Judge Gary L. Sharpe issued a Text Order addressing plaintiff's [54] letter seeking guidance regarding his appeal and attached a copy of the Civil Appeals Packet to the Text Order</u>.

| 01/04/2017 | 56 | Text Only Order - On November 8, 2016, the court granted defendants summary judgment motion and dismissed plaintiffs complaint. (Dkt. Nos. 49-50.) On December 19, 2016, plaintiff filed a document including the labels notice of appeal, request for extension for appeal, and change of mailing address. (Dkt. No. 52.). The court construed plaintiffs filing as a Notice of Appeal and electronically transmitted the Notice of Appeal to the Second Circuit Court of Appeals. (Dkt. No. 53.) Now before the court is plaintiffs letter seeking guidance regarding his appeal. (Dkt. No. 54.) The Clerk is directed to provide plaintiff with the How to Appeal a Civil Case to the United States Court of Appeals for the Second Circuit packet. Plaintiff is directed to fully comply with the Federal and Local Rules of the Second Circuit Court of Appeals and he should direct all future inquiries regarding his appeal to the Second Circuit Court of Appeals. IT IS SO ORDERED.. Signed by Senior Judge Gary L. Sharpe on 1/4/2017. (How to Appeal a Civil Case Packet attached) (Copy served via regular mail)(jel, ) (Entered: 01/04/2017) |
|---|---|---|