U.S. DISTRICT COURT 2-7-17
N.D. OF N.Y.
FILED
FEB 1 5 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

Court Clerk,

I previously requested my docket sheet of my former case, docket No. 14-CV-339, Sloley v State of New York. I'm not sure if you sent it to my prior address, but I never recieved a response. So this is my second request for docket sheet pertaining to:

Sloley v Vanbramer
14-CV-339

I need this docket sheet for my appeal. Thank you very much. This is my current address:

Maxmillian Sloley #17A0421
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, NY 12524

M. Sloley

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445
NAME: Maxmillian Sloley DIN: 17A0921

Legal
Mail

U.S. District Court Clerk
James T. Foley - U.S. Courthouse
445 Broadway - Room Albany
Albany, NY 12207
12207-294899



U.S. DISTRICT COURT
N.D. OF NY
FEB 1 2017
LAWRENCE K. BAERMAN, CLERK

02 1M
0004279598
MAILED FROM ZIPCODE 12524
$ 00.46⁰
FEB 09 2017