U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAR 10 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

1:14-cv-339

Court clerk,   3-6-17

This letter is to notify the Court of my change of address. My new and current address is:

Maxmillian Sloley
DIN # 17A0421
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929

Re: Sloley v Lebow
    17-cv-0068

Maxmillian Sloley
M. Sloley

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX
DANNEMORA, NEW YORK 12929

NAME: Maxmillian Sloley   DIN: 17A0424

Legal
Mail

United States
District Court Clerk
445 Broadway-Room 509
Albany, NY 12207

NEOPOST
03/08/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL
ZIP 12929
041M11274229

Clinton
Correctional Facility

RECEIVED
MAR 10 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY