N.D.N.Y.
14-cv-339
Sharpe, J.
Hummel, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand seventeen.

Present:
> Pierre N. Leval,
> Rosemary S. Pooler,
> Peter W. Hall,
> > *Circuit Judges*.

Maxmillian Sloley,

> *Plaintiff-Appellant*,

v.   16-4213

Eric VanBramer, individual and official capacity,
Brian VanBramer, individual and official capacity,

> *Defendants-Appellees*,

State of New York,

> *Defendant*.

This Court has determined sua sponte that Appellant's notice of appeal was untimely filed. *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). However, in his notice of appeal, which was dated December 13, 2016, Appellant also requested an extension of time to appeal. Appellant's notice of appeal should therefore be read to request that the district court exercise its discretionary power to extend the time to file a notice of appeal under Federal Rule of Appellate Procedure 4(a)(5).

Accordingly, it is hereby ORDERED that Appellant's notice of appeal is construed to include a motion for an extension of time under Rule 4(a)(5), and the case is REMANDED to the district court. The district court is instructed to consider whether the motion should be granted.

CERTIFIED COPY ISSUED ON 05/15/2017

Jurisdiction over the appeal will be automatically restored to this Court, without the need for a new notice of appeal, upon notification to the Clerk of Court within 30 days of the district court's decision.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*