## SUPPLEMENTAL ELECTRONIC CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on December 19, 2016 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): ___

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 18$^h$ day of May, 2017.

Lawrence K. Baerman, Clerk
U.S. District Court

By:   S/John Law
       Deputy Clerk

### Case Information

Case Name & Case No.      Maxmillian Sloley v. Eric VanBramer, et al.    1:14-cv-0339
USCA Case No.              16-4213
Docket No. of Appeal:      52
Document Appealed:         49-50

Motion for Extension of Time:  Granted X  (See May 18, 2017 Text Order Dkt. No. 61)

61 TEXT ONLY ORDER - Plaintiff's request for an extension of time to file a notice of appeal, (Dkt. No. 52), which was filed within the period for seeking such an extension, see Fed. R. App. P. 4(a)(5), is granted for good cause shown. Plaintiff's time to appeal is hereby extended to the date that his original notice of appeal was filed. (Dkt. No. 52.) Accordingly, there is no need for plaintiff to refile his notice of appeal. The Clerk shall immediately transmit this order to the Clerk of Court for the Second Circuit Court of Appeals. IT IS SO ORDERED. Issued by Senior Judge Gary L. Sharpe on 5/18/2017. (Copy served via regular mail)(jel, ) (Entered: 05/18/2017)