Re: Sloley v. Vanbramer                    3-17-20
14-CV-339



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 23 2020
AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

Clerk,

        This letter is an inquiry of the
status of this case. I would like to know
what and when is the next step in this case.
As the Plaintiff in this case, I would like
a speedy disposition as soon as possible.
This case has been ongoing for 6 years now.
I'm assuming that an end to this case will
be beneficial to both parties. Including to
this court also. Since the decision of the United
States Court of Appeals of the Second Circuit, I, the
Plaintiff, have not been contacted by the defendant.
That being said, I do not know what the defendant's
intentions are in this matter. The Plaintiff recommends
a swift decision of a settlement to bring an
immediate end to this matter. But if the defendants
refuse to settle, and choose to decide a trial, I
would like to know. The Plaintiff is requesting to
be notified by either this court, or by the
defendant, of the decision of the direction in
this matter, by the end of this month if

possible. Thank You Very Much.

Date: 3-17-20

Sincerely,
M. Sloly
MAXmilliAN Sloley -17A0421
P.O. BOX 2002
DaNNemora, NY 12929
Clinton
Correctional
Facility

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2002
DANNEMORA, NEW YORK 12929

NAME: MAximillian Sloley    DIN: 17A0421

Clinton

☆

Correctional Facility

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR 23 2020

Legal Mail / RECEIVED

Clerk of the –
United States District Court
445 Broadway – Room 509
Albany NY 12207

Legal Mail

03/19/2020
US POSTAGE $000.50⁰
ZIP 12929
041M11274229