Re: Sloley v. Vanbramer
14-CV-339

8-6-20

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 10 2020
AT____O'CLOCK____
John M. Domurad, Clerk - Albany

Court,

I am writing this letter inquiring for a status update of this case. This Court informed me that as of June 15, 2020, cases would be actively back on the calender. I haven't been notified as of the update with this case. I wrote a letter to the opposing party a few months ago, but they have refused to reply. I would like to have a more recent update to the status of this case. Thank you very much.

Sincerely,
Maxmillian Sloley
17A0421
M. Sloley
P.O. Box 2002
Dannemora, NY 12929

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2002
DANNEMORA, NEW YORK 12929

NAME: Maxmillian Sloley   DIN: 17A0421

Legal Mail

Clerk
United States
District Court
445 Broadway - Room
Albany, NY 12207

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED AUG 10 2020

Clinton Correctional Facility

NEOPOST 08/07/2020
US POSTAGE $000.50
ZIP 12929

Legal Mail