3-22-21

Re: Sloley v. Vanbramer
14-CV-339



Court,

This letter is a request for an update of the status of this case. The plaintiff would like to request a court date for trial as soon as possible. Hopefully sometime this year if the Court's docket can allow it.

Thank You,
Maxmillian Sloley
17A0421
M. Sloley
P.O. Box 338
Napanoch, NY 12458

EASTERN NY CORRECTIONAL FACILITY
BOX 338
NAPANOCH, NEW YORK 12458-0338

NAME: Maxmillian Sloley  DIN: 17A0421

EASTERN ★ CORRECTIONAL FACILITY

NEOPOST
03/22/2021
US POSTAGE $000.55

ZIP 12458
041M11463363

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR 24 2021
RECEIVED

SCANNED

Legal Mail

Court Clerk
United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

Legal Mail