3-22-21

Re: Sloley v. Vanbramer
14-CV-339



Court,

This letter is to notify the Court of my change of address. My new address is:

Eastern NY Correctional Facility
P.O. Box 338
Napanoch, NY 12458

Maxmillian Sloley
17A0421
M. Sloley