UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Re: Sloley v. Vanbramer
    14-cv-339



Court,

    I, Maxmillian Sloley, the Plaintiff in this matter, is submitting this letter as a motion to request a trial date in the currently active civil matter, Sloley v. Vanbramer. This is a motion requesting a "FAST TRACK SPEEDY TRIAL" motion. This case was initially filed in 2014. In 2016, the Plaintiff appealed the dismissal of this complaint to the United States Court of Appeals. The Court of Appeals for the Second Circuit granted the appeal in December of 2019, ordering a trial in the District Court. This was 2½ years ago. The Plaintiff has been waiting for a trial date nearly 3 years. Now the Plaintiff would like a trial date as soon as possible. This lengthy delay, which if is continued, will be highly prejudicial to the Plaintiff's case. To continue to delay would be arbitrary, egregious, and would most likely seem to be maliciously intended to cause prejudice to the Plaintiff. The decision by the Court of Appeals,(Sloley v. Vanbramer,945 F.3d 30),(Docket No. 16-4213), was decided in December 2019. Almost 3 years, and yet still no trial or trial date is a very long and excessive delay. The Plaintiff would like a trial date as soon as possible to bring an ending disposition to this case that is 8 years old, and hasn't had any progress in 2½ years.

Date: April 19, 2022

Thank You,

Maxmillian Sloley
17-A-0421
Box 388
Napanoch, N.Y. 12458

x M. Sloley



EASTERN NY CORRECTIONAL FACILITY
BOX 338
NAPANOCH, NEW YORK 12458-0338

NAME: Maxmillian Sloley   DIN: 17A0421

United States District Court
Northern District of New York
Chambers of Judge Sharpe
445 Broadway
Albany, NY 12207

Legal Mail

ALBANY NY 120 EASTERN
21 APR 2022 PM 1 L

CORRECTIONAL FACILITY

NEOPOST
04/21/2022
US POSTAGE $000.53⁰

FIRST-CLASS MAIL

ZIP 12458
041M11463363

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
APR 25 2022
RECEIVED

Legal Mail

12207-294798