UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Maxmillian Sloley,
    Plaintiff.

v.

Eric Vanbramer,
    Defendant.

14-cv-339

---

Motion requesting that this case be reassigned to another District Court Judge that has a case docket schedule that is readily available to proceed this case to trial as soon as possible.

---

    I, Maxmillian Sloley, the Plaintiff in this matter is requesting a reassigment of this case to another Judge.
    The Plaintiff is requesting this due to the overexcessive delay of the Court's refusal to proceed this case to trial, or to give the Plaintiff any information pertaining to the moving forward in this case. The Court's refusal to make any progress in this case is not only favorable to the defendant, but is also prejudicial to the plaintiff. The Court's advice to sign a consent form allowing a Magistrate to conduct all proceedings in this case is moot due to the fact that it takes both parties to consent, and the defendant will not consent. The defendant is avoiding litigation in this matter. Which again is prejudicial to the Plaintiff and is adverse to the Plaintiff's case. The Court's refusal to make any progress and move forward in this matter combined with the Court's refusal to initiate a status conference is a Constitutional violation of Due Process, Equal Protection, and Access to the Courts. Also in addition to these Constitutoinal violations are the Court's refusal to allow a settlement between parties, or even a possible settlement between both parties. Which also sheds light on not allowing a telephone conference. Since this case being trial ready in January 7, 2020, there has not been a single conference. Nor has the Court supplied the Plaintiff with any significant information pertaining to bringing this very old case to a final disposition. This case was initially filed in March of 2014. The United States Court of Appeals has remanded this case back to the District Court in December of 2019. This case is old and has been trial ready for 2½ years. This unnecessary and prejudicial delay is having an unconstitutional and adverse effect on the Plaintiff.
    Thus, the Plaintiff is requesting that this case be reassigned to another District Court Judge that has a scedule that is readily available to proceed this case to trial as soon as possible.

Date: May 2, 2022

Thank You,
Maxmillian Sloley
17-A-0421
P.O. Box 338
Napanoch, NY 12458

EASTERN NY CORRECTIONAL FACILITY
BOX 338
NAPANOCH, NEW YORK 12458-0338

NAME: Maxmillian Sloley   DIN: 17A0421

Legal Mail

Clerk of the Court
United States District Court
445 Broadway - Room 509
Albany, NY 12207

Legal Mail

ALBANY NY 120 EASTERN
2 MAY 2022 PM 1 L
CORRECTIONAL FACILITY

NEOPOST
05/02/2022
US POSTAGE $000.53

FIRST-CLASS MAIL
ZIP 12458
041M11463363

12207-294899