UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**MAXMILLIAN SLOLEY(17-A-0421)**

    vs.                                Case No.   1:14-CV-339 GLS/CFH

**VANBRAMER, ET AL.**

### ORDER FOR TELEPHONE CONFERENCE

**The Court hereby ORDERS the arrangement and participation of:**

| | | | |
|---|---|---|---|
| 1. | Name of detainee: | | MAXMILLIAN SLOLEY |
| 2. | Prisoner ID #: | | 17-A-0421 |
| 3. | Detained by: | | EASTERN NY CORR. FACILITY<br>30 Institution Road<br>P.O. Box 338<br>Napanoch, New York 12458-0338 |
| 4. | Detainee is: | (A)  (X) | Plaintiff in a Civil Action |
| | | (B)  (  ) | A witness not otherwise available by the ordinary process of the Court |

**5. Participation of Inmate Maxmillian Sloley (17-A-0421) is hereby ORDERED on <u>Monday, May 16th , 2022</u> at <u>10:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Christian F. Hummel. The Court will initiate the conference call.**

**SO ORDERED,**

                                                  *Christian F. Hummel*
**Date:  <u>May 5, 2022</u>**                  Christian F. Hummel
                                                U.S. Magistrate Judge

cc:    Maxmillian Sloley, via U.S. Postal Service
       Easter NY Correctional Facility, via email and U.S. Postal Service
       Mark G. Mitchell, AAG, via CM/ECF