

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2583

May 20, 2022

**VIA CM/ECF**
The Honorable Christian F. Hummel
United States Magistrate Judge
James T. Foley United States Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    *Sloley v. VanBramer*
                Northern District of New York
                14-CV-339 (GLS)(CFH)

Dear Judge Hummel:

      This Office represents Defendant Eric VanBramer in the above-referenced action. In response to the Docket Entry of May 16, 2022, I understand that DOCCS will produce Plaintiff for the civil trial in this action in response to an order to produce from the Court. Although Plaintiff was granted IFP status in this action (Dkt. Nos. 15, 17), it is respectfully submitted that the costs of Plaintiff's transportation should be repaid to the state from the monetary award, if any, recovered by Plaintiff at trial. *See* N.Y. Civil Rights Law § 79 (3) (b); *see e.g. Poulos v Grimaldi*, Index No. 9:18-cv-1279 (N.D.N.Y., Suddaby, C.J.), Dkt. No. 82 (copy of Order attached).

      Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the Plaintiff to be served with a copy of this letter by First-Class United States Mail at the address listed below.

                                                        Respectfully submitted,

                                                         *s/ Mark G. Mitchell*
                                                         MARK G. MITCHELL
                                                         Assistant Attorney General, *Of Counsel*
                                                         Bar Roll No. 516818

CC: Maxmillian Sloley
17-A-0421
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

TYSON POULOS

                  Plaintiff,

                                                        Civ. Action No.
    v.                                              9:18-CV-1279 (GTS/ML)

STEVEN GRIMALDI; "JOHN" GORDON;
MARK ROSS, SR.; RONALD HANSON;
MICHAEL LYONS, JR.; DANIEL REYNOLDS;
and REBECCA BRUNELLE,

                  Defendants.

_____

ORDER

     Tyson Poulos, #14-A-3688, plaintiff in the above entitled action, has been directed to appear at the U.S. Courthouse and Federal Building, 100 South Clinton Street, 11th floor, in Syracuse, New York on **April 18, 2022 at 8:30 AM** for the purpose of attending a jury trial relative to the above entitled case. It appears that Poulos is presently incarcerated at the Wende Correctional Facility located in Alden, New York. It is necessary that a Writ of *Habeas Corpus Ad Testificandum* be issued for the purpose of securing Poulos' presence at said proceeding. While New York State is required to advance the costs of Poulos' transportation, these costs shall be repaid to the state from the monetary award, if any, recovered by

Poulos at trial.

Accordingly, it is hereby

ORDERED, that the clerk of the court issue a Writ of *Habeas Corpus Ad Testificandum* directing the United States Marshal for the Northern District of New York, or his deputies, to serve upon the Superintendent of the Wende Correctional Facility this Writ of *Habeas Corpus* to deliver Poulos, dressed in civilian attire, to the U.S. Courthouse and Federal Building, 100 S. Clinton Street, 11th floor, in Syracuse, New York on **April 18, 2022, at 8:30 AM** and any recessed date thereafter (the trial is estimated to last approximately four - five days); and it is further

ORDERED, that New York State shall advance the cost of Poulos' transportation, which shall be repaid to the state from the monetary award, if any, recovered by Poulos at trial; and it is further

ORDERED, that the electronic certified copy of said Writ be delivered to the United States Marshal and upon the named detention facility stated herein to serve as notice to prepare Poulos for transport; and it is further

ORDERED, that in the event the action is settled prior to the trial, it shall be incumbent upon defendants or their authorized representative to notify the designated institution where Poulos is housed and cancel such

Writ to produce.

*[Signature]*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: March 15, 2022
      Syracuse, NY