UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**MAXMILLIAN SLOLEY (17-A-0421)**

    vs.                     Case No. 1:14-CV-339 GLS/CFH

**VANBRAMER, ET AL.**

## ORDER FOR TELEPHONE CONFERENCE

**The Court hereby ORDERS the arrangement and participation of:**

1. **Name of detainee:**          MAXMILLIAN SLOLEY

2. **Prisoner ID #:**             17-A-0421

3. **Detained by:**               EASTERN NY CORR. FACILITY
   30 Institution Road
   P.O. Box 338
   Napanoch, New York 12458-0338

4. **Detainee is:**    (A)  (X)  **Plaintiff in a Civil Action**

                        (B)  ( )  **A witness not otherwise available by the ordinary process of the Court**

5. **Participation of Inmate Maxmillian Sloley (17-A-0421) is hereby ORDERED on Friday, May 27th, 2022 at 10:00 a.m. for a telephone conference to be conducted by Magistrate Judge Christian F. Hummel. The Court will initiate the conference call.**

**SO ORDERED,**

                                              */s/ Christian F. Hummel*
                                              Christian F. Hummel
**Date: May 20, 2022**                    U.S. Magistrate Judge

cc:   Maxmillian Sloley, via U.S. Postal Service
      Eastern NY Correctional Facility, via email and U.S. Postal Service
      Mark G. Mitchell, AAG, via CM/ECF