UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MAXMILLIAN SLOLEY,

                              Plaintiff,

              -v-                        1:14-CV-339
                                        (GLS/CFH)
ERIC VANBRAMER et al.,

                              Defendants.
_____

APPEARANCES:                              OF COUNSEL:

FOR THE PLAINTIFF:
MAXMILLIAM SLOLEY
17-A-0421
Plaintiff, *pro se*
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

COHEN & GREEN P.L.L.C.              J. REMY GREEN, ESQ.
***Pro Bono Trial Counsel***
1639 Centre Street
Suite 216
Ridgewood, NY 11385

FOR THE DEFENDANTS:
HON. LETICIA JAMES                    MARK G. MITCHELL
New York State Attorney General       Assistant Attorney General
Litigation Bureau
The Capitol
Albany, NY 12224


GARY L. SHARPE
SENIOR U.S. DISTRICT JUDGE

## **ORDER APPOINTING COUNSEL**

      The Court has reviewed the entire file in this matter in conjunction with the elements

discussed in Local Rule of Practice 83.3(c) as to the factors a court should consider in

determining whether to appoint counsel for a *pro se* litigant.

Based upon such review, this Court finds that the services that **J. Remy Green, Esq.** could provide as "trial counsel" to the plaintiff herein would more likely lead to a just determination of this action. As "trial counsel" for the plaintiff, **J. Remy Green, Esq.** shall be responsible for the preparation of pretrial submissions. Counsel for the parties shall serve upon each other <u>and the plaintiff *pro se*</u>, and file with the Court the pretrial submissions as outline in the court's trial order.

Because it was the plaintiff's responsibility to conduct discovery and because the discovery deadline in this matter has passed, absent extraordinary circumstances "trial counsel" shall not conduct any further discovery in this action. Rather, "trial counsel" shall prosecute this action based upon the discovery produced to date.

In light of the above, it is hereby

**ORDERED** that **J. Remy Green, Esq.,** is appointed as "trial counsel" pro bono for the plaintiff in this action,[1] and it is further

**ORDERED** that this appointment is for trial purposes only. Any appeals of this matter shall remain the responsibility of the plaintiff, and, therefore, counsel shall serve copies of all submissions upon the plaintiff *pro se* and it is further

**ORDERED** that the Clerk serve a copy of this Order on the parties hereto, and **J. Remy Green, Esq.**, at Cohen & Green P.L.L.C., 1639 Centre Street, Suite 216,

---

[1] Please note that, pursuant to subdivision (i) of section 1500.22 of Title 22 of the Official Compilation of Codes, Rule and Regulations of the State of New York, CLE credit may be earned for performing uncompensated legal services for clients unable to afford counsel pursuant to an assignment by a court.

2

Ridgewood, New York 11385, and it is further

**ORDERED** that Trial Counsel, pursuant to Local Rule 83.3(g) may seek up to Two Thousand ($2,000.00) dollars as reimbursement for expenses and/or disbursements necessarily incurred in this regard and any expense in excess of $500.00 should receive the Court's prior approval, and it is further

**IT IS SO ORDERED.**

June 17, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge