# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| Sloley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-339 |
| State of New York et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff (solely as Pro Bono Trial Counsel as set out in Dkt. No. 80) .

Date: 06/17/2022

/s/
*Attorney's signature*

Remy Green, 702530 (NY 5505300)
*Printed name and bar number*

Cohen&Green PLLC
1639 Centre St., Ste 216
Ridgewood, NY 11385

*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*