UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**MAXMILLIAN SLOLEY,**

                    Plaintiff,

          -v-                          **1:14-CV-339 (GLS/CFH)**

**ERIC VANBRAMER ET AL.,**

                    Defendants.

_____


          **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**


TO: THE SUPERINTENDENT OF: **EASTERN NY CORRECTIONAL FACILITY**


THE SUPERINTENDENT OF **EASTERN NY CORRECTIONAL FACILITY***,* 30
Institution Road, Box 338, Napanoch, New York 12458, or ***the
correctional facility in which Maxmillian Sloley, 17-A-0421,
is imprisoned and detained***, IS HEREBY COMMANDED TO PRODUCE
**MAXIMILLIAM SLOLEY, 17-A-0421,** under safe and secure conduct,
to the JAMES T. FOLEY COURTHOUSE, 445 BROADWAY, ALBANY, NY, to
appear before the Honorable Gary L. Sharpe, **on the 11th, of
JULY, 2022, at 9:00 A.M.** and any other day needed until the
completion of trial for the purpose of appearing,
participating and testifying at trial in this court.
**MAXMILLIAM SLOLEY, 17-A-0421,** by you imprisoned and detained,
may be returned to the State Facility upon the completion of
the trial. The prisoner at all times is to remain subject to
the confinement imposed upon him by the State of New York.

     **And have you then and there this Writ:**

**WITNESS, HON. GARY L. SHARPE,** District Court, Northern
District of New York, at Albany, New York, this ___**17th**___ of
**JUNE, 2022.**

**JOHN M. DOMURAD**
Clerk, U. S. District Court

John Law
Courtroom Deputy Clerk to
the Hon. Gary L. Sharpe