UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**MAXMILLIAN SLOLEY**
**(17-A-0421)**
        Plaintiff,

  -vs                      Civil Case No. **1:14-CV-339 CFH**

**ERIC VANBRAMER**
        Defendants.

---

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jul 06 - 2022
John M. Domurad, Clerk

**ORDER**

It appearing that a Writ of Habeas Corpus Ad Testificandum be issued to the Superintendent of **Eastern NY Correctional Facility**, or his deputies, for **MAXMILLIAN SLOLEY (DIN# 17-A-0421)**, the plaintiff in the above-entitled action, who is in their respective custody and charge, to be produced at **9:00 a.m. on Monday, August 29th, 2022** and each day thereafter for the duration of the Court proceeding, at the United States Courthouse at 445 Broadway, Courtroom No. 3, Albany, New York, for the purpose of attending, and participating in a Jury Trial relative to the above-entitled case before the Honorable Christian F. Hummel. It appears that the plaintiff is presently incarcerated at Eastern NY Correctional Facility, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the plaintiff at said proceeding. It is expected that this proceeding will last approximately 3 days. Therefore, it is hereby

**ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Superintendent of the above-named facility where said plaintiff is currently housed, or his deputies, to deliver said plaintiff to the Courthouse on the date and time specified above until the completion of this proceeding; it is further

**ORDERED** that a certified copy of this Order and said Writ be served via "certified mail - return receipt requested" upon the Superintendent of the named institution.

DATED:    July 6th, 2021

                                              Christian F. Hummel
                                              U.S. Magistrate Judge