UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MAXMILLIAN SLOLEY**
**(17-A-0421)**
     Plaintiff,

 -vs            Civil Case No. 1:14-cv-339 CFH

**ERIC VANBRAMER**
     Defendants.
-------------------------------------------------------------

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Superintendent, Eastern NY Correctional Facility
   30 Institution Road, Box 338
   Napanoch, New York 12458


GREETINGS:

THE SUPERINTENDENT OF EASTERN NY CORRECTIONAL FACILITY IS HEREBY COMMANDED TO PRODUCE **MAXMILLIAN SLOLEY (DIN # 17-A-0421)**, under safe and secure conduct, to the United States Courthouse at 445 Broadway in Albany, New York to appear before the Honorable Christian F. Hummel, on **Monday, August 29th, 2022 at 9:00 a.m.** and each day thereafter until the completion of the Court proceeding, for the purpose of appearing, and participating at his Jury Trial in this Court. The trial is expected to last approximately 3 days. **MAXMILLIAN SLOLEY**, plaintiff, **(DIN # 17-A-0421)**, by you imprisoned and detained, may be returned to the State Facility upon the completion of the Jury Trial. **<u>The prisoner at all times is to remain subject to the confinement imposed upon him by the State of New York</u>**.

   And have you then and there this Writ:

**WITNESS**, Hon. Christian F. Hummel, U.S. District Court, Northern District of New York, this 6th day of July, 2022.

               S/ _____
               JOHN M. DOMURAD
               Clerk of the Court

               s/ _____
               T. Burtt, Deputy Clerk