UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAXMILLIAN SLOLEY, | NOTICE OF APPEARANCE |
| *Plaintiff*, | |
| -against- | 1:14-CV-339 |
| | CFH |
| ERIC VANBRAMER, | |
| *Defendant*. | |

---

**PLEASE TAKE NOTICE** that the undersigned, whose address, telephone number, and email address are as set forth below hereby appears as co-counsel to Mark G. Mitchell, Esq. on behalf of defendant Eric VanBramer. I request that I be added to the CM/ECF list for attorneys to receive notices and all papers filed in this action.

Dated: Albany, New York
      August 11, 2022

                                LETITIA JAMES
                                Attorney General of the State of New York
                                Attorney for Defendant

                                By: *s/ Rachael S. Ouimet*
                                Rachael S. Ouimet
                                Assistant Attorney General, of Counsel
                                Bar Roll No. 703304
                                The Capitol
                                Albany, New York 12224-0341
                                Telephone: (518) 776-2599
                                Email: Rachael.Ouimet@ag.ny.gov

**TO (via ECF):**
All counsel of record