UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAXMILLIAN SLOLEY,

                                  *Plaintiff*,       **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

-against-

ERIC VANBRAMER,                                  14-CV-0339

                                  *Defendant*.       CFH

Pursuant to Rule 47 of the Federal Rules of Civil Procedure, Defendant respectfully requests that the Court inquire into the following matters during the voir dire of the prospective jurors in the above-entitled matter.

### **Personal Information**

1)     Where were you born?

2)     Do you have any hearing or vision impairments?

3)     What is your address?

4)     Do you own or rent your home?

5)     What type of building?

6)     How long have you lived there?

7)     How many people live there?

8)     Who are they?

9)     What are their ages?

10) Do you belong to any organizations or civic groups?

    (a) If so, please name and describe them.

    (b) What services do you perform?

    (c) Are you an officer?

## Occupation

11) What is your present occupation?

12) How long have you worked in that position?

13) What are your specific duties?

## Family History

14) Are you married? Have you ever been married?

15) Does your spouse work?

    (a) What does he/she do?

    (b) How long has he/she been employed there?

16) Do you have any children?

    (a) What do they do?

    (b) Where?

    (c) How long have they been employed there?

## Education

17) What level of schooling did you complete? Where was that? What was your major field of study?

18) What level did your spouse complete? Where was that? What was his/her major field of study?

19) Are your children now in school? Where is that? What level of school are they in (did they complete)? What was their major field of study?

### Prior Civil Litigation Experience

20) Have you, or any member of your family or a close friend, ever been a plaintiff, a defendant or a witness in a civil case or arbitration? Did you testify?

21) Did the matter go to a jury? Was a verdict rendered? Was the matter settled before a final verdict was reached?

22) How did you feel about that experience? Did you feel that justice was done? Did you form any opinions about the civil court system? What were they?

23) Has that experience served to make you feel that our system of civil justice is fair? That it awards damages appropriately? That it denies relief unfairly when a case has not been proven?

24) What is your concept of the burden of proof in a civil case? If the judge instructs you differently than you previously thought, will you be able to follow his instructions?

### Prior Jury Service

25) Have you ever served on a jury?

(a) If so, when?

(b) If so, was it a civil or criminal case?

(c) Have you ever been the foreman/forewoman? If so, when?

(d) Have you ever served on a grand jury? If so, when?

(e) If either civil or criminal case juror, what was the nature of the charges against the defendant?

(f) Did you enjoy your jury service?

(g) Did you exchange views with other jurors?

(h) Did you find deliberating difficult?

(i) Does your prior experience in that case make you feel in any way that you will be unable to be fair and impartial in this case?

(j) Did you find any part of jury service disagreeable? If so, what?

26) Will serving on this jury be a burden to you?

## Attitudes Toward Government

27) Has any prospective juror or any member of his or her family ever been employed by any local, state or federal governmental agency?

28) Would you have any difficulty in evaluating the testimony of an individual because he or she works for the government?

## Familiarity with the Parties, Counsel, Witnesses

29) Does any prospective juror or any member of his or her family have any prior association with or knowledge concerning the plaintiff, Maxmillian Sloley, or any member of the plaintiff's family?

30) Does any prospective juror or any member of his or her family have any prior association with or knowledge concerning any Defendant Eric VanBramer or any member of his family?

31) Does any prospective juror or any member of his or her family have any prior association with or knowledge concerning Mark Mitchell or Rachael Ouimet, the assistant attorneys general representing the defendant?

32) Does any prospective juror or any member of his or her family have any prior association with or knowledge concerning J. Remy Green, the attorney representing the plaintiff or the law firm?

33) Does any prospective juror or any member of his or her family know of or have any association with any of the nonparty witnesses?

### **Impressions of Incarcerated Individuals/Parolees**

34) Have any of you been an inmate in a jail or prison or have any relatives or friends who have been in such a situation?

35) If so, do you think this experience would impact or affect your ability to be completely objective and impartial in this case?

36) Have any of you been inside a jail, prison or secure mental health facility? Can you give us an idea of your impressions?

37) Are you sympathetic toward individuals who are incarcerated? If so, why? Do you believe people being held in prison do not deserve to be there?

38) Do you believe you can acknowledge when you are feeling sympathetic and also then put aside that sympathy in order to decide the case solely on the law and evidence presented at trial?

39) Has anyone watched "reality TV" programs, documentaries or other shows that depict life behind bars in correctional facilities? What impressions about incarcerated individuals have those programs made upon you?

**<u>Questions Related to Claims in This Case</u>**

40) Have any of you ever worked for the New York State Police?

   (a) Do any of you have close friends or family members who have worked for the New York State Police?

41) Have any of you, or has anyone close to you, ever worked for or with any other law enforcement agency or employer?

42) Do any of you have close friends or family members who have worked for any other law enforcement agency or employer?

43) Have any of you ever worked in a job where you were involved in investigations of any sort?

   (a) Please describe the nature of the investigations and your role in these investigations.

44) Do any of you have strong feelings about New York State Police employees which may in any way affect your ability to be completely impartial and objective in this case?

45) Does the fact that defendant is employed by the New York State Police affect your ability to remain fair and impartial when considering all of the evidence and testimony, and determining whether or not defendant is liable to plaintiff?

46) As a general proposition, do you believe that a law enforcement officer is more likely or less likely to tell the truth than a witness who is not a member of law enforcement?

47) Have you or any of your friends or family ever been accused of something you didn't do?

    (a) How did that make you feel?

    (b) Describe for us what happened.

48) What are your general thoughts or feelings about claims against members of law enforcement?

49) If the judge gives you an instruction about what the law is regarding any part of the plaintiff's or defendant's case, will you apply that law in the way the judge instructs you to even if you personally think the law is unfair, harsh or even wrong?

50) Do you believe that because plaintiff has alleged something in his legal Complaint it must be true or should be believed as evidence in the case?

51) Can you think of anything in your own life that reminds you of this case? What and how?

52) Have any of you heard or read anything about the New York State Police or its officials which would in any way interfere with your ability to be objective and impartial concerning the evidence in this case?

53) Do any of you have any strong opinions, ideas or thoughts about claims involving the Police? Please describe. Would these feelings pose a problem in being fair and impartial?

54) During the trial the plaintiff goes first, and the defendant presents evidence afterwards. Can you wait until all the evidence is in before making up your mind about whether or not the plaintiff was subjected to a wrongful search by the defendant?

55) Have you or any family member or friend ever had a negative experience with law enforcement? If so, what was that experience? Would that experience color your ability to be completely impartial and objective in this case?

56) Has anyone watched "reality TV" programs, documentaries or other shows that depict police procedure or law enforcement officers? What impressions about law enforcement officers have those programs made upon you?

**Media Exposure**

57) From what media sources do you generally obtain information about news and current events?

58) What newspapers do you generally read, either paper-in-hand or online?

59) What type of radio formats do you listen to?

60) Please tell me what cable TV news outlets you prefer to watch?

61) What type of books do you like to read?

62) What websites do you visit? How often?

63) Do you follow any twitter or similar social media platforms? If so, which ones?

**Prior Interactions with Law Enforcement**

64) Have any of you ever been arrested?

(a) For what?

(b) What law enforcement agency was involved?

(c) Were you subjected to a strip search?

(d) Do you have any feelings one way or the other about how you were treated by members of law enforcement during the arrest?

65) Do any of you have any family members or close friends who have been arrested?

(a) For what?

(b) What law enforcement agency was involved?

(c) Do you have any feelings one way or the other about how your family members or friends were treated by members of law enforcement during the arrest?

## Domestic Violence

66) Have any of you or your family members or close friends had any experience with domestic violence?

(a) Was a law enforcement agency involved?

(b) Do you have any feelings one way or the other about how you, your family members or friends were treated by members of law enforcement related to the domestic violence?

## Drugs

67) Do you have any feelings one way or the other about recreational drug use?

68) Do you have any feelings one way or the other about the use of crack cocaine?

## Conclusion

69) Is there any reason at all why you feel you cannot serve as a fair and impartial juror in this case? If so, why not?

70) Is there something about you or your background that we should know regarding whether you should serve on the jury in this case?

71) Is there any reason that we haven't covered in this questioning that might keep you from being a fair and impartial juror in this case?

72) Is there anything that anyone would like to discuss in private that may be relevant to your ability to serve on this jury?

Dated: August 12, 2022
       Albany, New York

                                      **LETITIA JAMES**
                                      Attorney General
                                      State of New York
                                      *Attorney for the Defendant*
                                      The Capitol
                                      Albany, New York 12224

                                      By: *s/ Mark G. Mitchell*
                                      Mark G. Mitchell
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 516818
                                      Telephone: 518-776-2583
                                      Fax: 518-915-7738
                                      Mark.Mitchell@ag.ny.gov

                                      By: *s/ Rachael S. Ouimet*
                                      Rachael S. Ouimet
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 703304
                                      Telephone: 518-776-2599
                                      Email: Rachael.Ouimet@ag.ny.gov

To: Via ECF
    J. Remy Green
    Cohen & Green P.L.L.C.
    1639 Centre Street
    Suite 216
    Ridgewood, NY 11385