UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

# EXHIBIT LIST

**CASE NAME:** Sloley v. VanBramer

**CASE NUMBER:** 1:14-cv-339 (CFH)

Page ____ of ____

**DATE:** August 29, 2022

**PRESIDING JUDGE: HON. CHRISTIAN F. HUMMEL**

( ) PLAINTIFF     ( X ) DEFENDANT     ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-1 | | | | | Incident Report by Bryan VanBramer, dated April 1, 2013 |
| D-2 | | | | | Arrest Report, dated April 1, 2013 |
| D-3 | | | | | Incident Report by Eric VanBramer, dated April 1, 2013 |
| D-4 | | | | | Felony Complaint for criminal mischief in the third degree (damage to windshield) |
| D-5 | | | | | Felony Complaint for criminal mischief in the third degree (damage to cellular phone) |

EXHIBITS RETURNED TO COUNSEL (Date): _____     Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Sloley v. VanBramer

**CASE NUMBER:** 1:14-cv-339 (CFH)

Page ____ of ____

**DATE:** August 29, 2022

**PRESIDING JUDGE:** HON. CHRISTIAN F. HUMMEL

( ) PLAINTIFF    ( X ) DEFENDANT    ( ) COURT

| No. | | | | | Description |
|---|---|---|---|---|---|
| D-6 | | | | | Information for harassment in the second degree, physical contact |
| D-7 | | | | | Information for criminal possession of a controlled substance in the seventh degree |
| D-8 | | | | | Domestic Incident Report, dated April 1, 2013, with statement of victim |
| D-9 | | | | | Greene County 911 CAD Incident Detail |
| D-10 | | | | | Repository Inquiry from the New York State Division of Criminal Justice Services |
| D-11 | | | | | Certificate of Disposition from Athens Town Court Criminal Part |

EXHIBITS RETURNED TO COUNSEL (Date): _____    Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Sloley v. VanBramer

**CASE NUMBER:** 1:14-cv-339 (CFH)

Page ____ of ____

**DATE:** August 29, 2022

**PRESIDING JUDGE:** HON. CHRISTIAN F. HUMMEL

( ) PLAINTIFF    ( X ) DEFENDANT    ( ) COURT

| | | | | | |
|---|---|---|---|---|---|
| D-12 | | | | | List of drug evidence submitted for destruction |
| D-13 | | | | | General 2 evidence record |
| D-14 | | | | | General 45 search summary |
| D-15 | | | | | Records from Dr. Kessler |
| D-16 | | | | | Southern District of New York Court order directing Plaintiff to appear on April 19, 2013 |
| D-17 | | | | | Judgment for revocation of probation or supervised release, dated July 15, 2013 (Pauley, D.J.) |

EXHIBITS RETURNED TO COUNSEL (Date): _____    Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

# EXHIBIT LIST

**CASE NAME:** Sloley v. VanBramer

**CASE NUMBER:** 1:14-cv-339 (CFH)

Page ____ of ____

**DATE:** August 29, 2022

**PRESIDING JUDGE:** HON. CHRISTIAN F. HUMMEL

( ) PLAINTIFF    ( X ) DEFENDANT    ( ) COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| D-18 | | | | | | Uniform Sentence and Commitment, dated January 24, 2017 (Wilhelm, J.) |
| D-19 | | | | | | Picture of Ryder (poster) |
| D-20 | | | | | | NIK test, sample |
| D-21 | | | | | | Transcription of Plaintiff's Deposition, taken on May 18, 2015 (marked for identification) |
| D-22 | | | | | | Transcription of deposition of Daphne Rollins, July 14, 2015 (marked for identification) |
| D-23 | | | | | | Subpoena to Daphne Rollins to testify at deposition |

EXHIBITS RETURNED TO COUNSEL (Date): _____    Signature: _____