

August 12, 2022

Hon. Christian F. Hummel, U.S.M.J.
Northern District of New York
James T. Foley U.S. Courthouse, Suite 509
445 Broadway
Albany, NY 12207

<u>By Electronic Filing.</u>

    Re:    Case No. 14-cv-339, <u>Sloley v. VanBramer.</u>

Dear Judge Hummel:

    As the Court may recall, my firm has been appointed to serve as pro bono trial counsel to the Plaintiff in the case above. I write to ask the Court to adjust a few of the deadlines for the pre-trial materials due today — though most of the materials will be ready. Defendant has consented to this request (provided the corresponding adjustments are made for their submissions).

    The parties would ask for a brief extension — until Tuesday, August 16 — to submit their joint pre-trial exhibit list, along with the relevant accompanying documents. Given that, the parties would also ask for permission to supplement their motions in limine by Thursday, August 18, to address any exhibits in that list that do not make it into the motions to be filed today.

    As ever, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____

    J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All parties by ECF.