UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

                                   *Plaintiff*,        **NOTICE OF MOTION**

              -against-                              1:14-cv-339

ERIC VANBRAMER,                                       CFH

                                   *Defendant*.

---

PLEASE TAKE NOTICE that upon the annexed submission in support Defendant's motion *in limine*, and upon all prior proceedings, Defendant on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion *in limine* at the United States District Court, Northern District of New York, Albany, New York, for an order

    (1)    Permitting defense counsel to cross-examine Plaintiff about the allegations in his other lawsuits:

    (2)    Permitting defense counsel to inquire into Plaintiff's felony convictions, including the statutory names of the offenses, the dates of conviction, and the overall sentences imposed;

    (3)    Admitting as evidence the records from Dr. Kessler;

    (4)    Precluding Plaintiff from offering any testimony or other evidence at trial about: (a) other individuals being be searched by Eric VanBramer or by other State Troopers; and (b) Eric VanBramer or other State Troopers having a reputation for carrying out improper searches;

    And

    (5)    Precluding any reference to claims previously dismissed by the Court.

Dated: Albany, New York
August 12, 2022

>LETITIA JAMES
>Attorney General of the State of New York
>Attorney for Defendant
>The Capitol
>Albany, New York  12224
>
>By: *s/ Mark G. Mitchell*
>Mark G. Mitchell
>Assistant Attorney General, of Counsel
>Bar Roll No. 516818
>Telephone: 518-776-2583
>Fax: 518-915-7738 (Not for service of papers)
>Email: mark.mitchell@ag.ny.gov
>
>By: *s/ Rachael S. Ouimet*
>Rachael S. Ouimet
>Assistant Attorney General, of Counsel
>Bar Roll No. 703304
>Telephone: 518-776-2599
>Email: Rachael.Ouimet@ag.ny.gov

To: Via ECF
J. Remy Green
Cohen & Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY  11385