**EXHIBIT B**

UNITED STATES DISTRICT COURT-NORTHERN DISTRICT of NEW YORK

MAXMILLIAN SLOLEY, PRO SE,
   PLAINTIFF,

        v.

sheriff seeley, greene county sheriff,
superintendent spitz, greene county jail,
donna juliana, greene county jail,
walter hulbiki, greene county jail,
county of greene, all in their individual and official capacities.
   defendants.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 20 2018
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

42 U.S.C. 1983-cruel and unusual punishment of a pretrial detainee according to the 14th Amendment.

Parties and Jurisdiction

1) Plaintiff-Maxmillian Sloley, Pro Se, Clinton Correctional Facility Annex, P.O. Box 2002, Dannemora, NY 12929.

2) Defendant-Sheriff Seeley, Greene County Sheriff, 80 bridge street, Catskill, NY 12414.

3) Defendant-Superintendent Spitz, Greene County Jail, 80 bridge street, Catskill, NY 12414.

4) Defendant-Donna Juliana, Greene County Jail, 80 bridge street, Catskill, NY 12414.

5) Defendant-Walter Hulbiki, Greene County Jail, 80 bridge street, Catskill, NY 12414.

6) Defendant-County of Greene.

7) Due to constitutional violations, this court has jurisdiction.

Claim for Relief

8) On April 23, 2016, plaintiff was booked and detained in the Greene County Jail.

9) Plaintiff was detained there for 9 months, until January 31, 2017, and was subject to harsh and unconstitutional living conditions.

10) These harsh and unconstitutional living conditions were due to the policy that were implemented by the jail administration.

11) Upon admission and throughout the entire length of detention, plaintiff was denied standard issue clothing, such as socks, underwear and undershirts.

12) Plaintiff was denied shower slippers, which exposed him to unsanitary and germ infested shower floors.

(1)

13) Plaintiff was denied cold weather garments for extreme cold weather, such as winter hats, gloves, scarves, etc.

14) Plaintiff was deprived of reasonable bedding and was only given an old torn, worn out mattress that was flat, lumpy, and missing the inner portions of the mattress. Mattresses were filthy and unsanitary.

15) Plaintiff was denied a pillow, which caused neck/back pain.

16) Terribly conditioned mattress and lack of pillow caused constant pain and sleep deprivation.

17) During the time period of April thru May of 2016, the facility became very cold, and plaintiff was denied an extra blanket to stay warm and suffered by the extreme cold due to lack of standard issue clothing and only one small blanket.

18) This added to the uncomfortability of having trouble sleeping.

19) Plaintiff was forced to shower in an extremely unsanitary shower stall without any shower slippers to protect from germs and diseases.

20) Showers are never bleached, scrubbed, or properly cleaned with the proper cleaning supplies.

21) Administration refused to supply the facility with proper sanitizing supplies for the showers.

22) The shower walls and floors, and floor mats have black mold, which plaintiff was subject to.

23) The fans within the living area were completely covered in grime, dirt, and filth and were never cleaned.

24) Plaintiff was denied any form of a shelf, hooks, table, desk, chair, bucket or bin within the cell, forcing plaintiff to keep food and clothing on the floor, subjecting these items to vermin, dirt, sink and toilet water.

25) cells are unusually small, but yet, plaintiff was forced to stay locked in the cell 18 hours everyday.

26) Plaintiff was forced to endure extremely stifling and unbearable heat during summer. Administration refused to address this issue, such as supplying a cooling system or a similar alternative. Nor would administration allow access to the shower to allow a cool shower.

27) The lighting in the cells are very dim or totally inoperable, causing plaintiff to strain his eyes during reading, which sometimes caused headaches.

28) Administration implemented an unconstitutional policy that denied plaintiff legal assistance from any other inmate who has sufficient knowledge of the law, which severely hindered legal preparation as a pro se litigant.

29) Administration intentionally removed from the facility law library, a manual called "inmate minimum standards", intentionally depriving plaintiff access to this manual which plaintiff is entitled to by law.

30) Jail officials vindictively removed this manual and refused to return it with the sole purpose ok keeping plaintiff and other inmates oblivious to their rights.

31) Greene County Jail's medical policy is unconstitutional, negligent, and dangerous to inmate health.

32) Plaintiff was booked on Saturday, April 23, 2016, but was denied medical attention until Tuesday, April 26, 2016, delaying plaintiff's necessity to be seen by medical staff.

33) Plaintiff had to wait 3 days to see medical staff because Greene County Jail does not employ medical staff duringweekends, evenings, and holidays.

34) Medical staff, Juliana and Hulbiki, refused to supply plaintiff with a restricted health diet, which plaintiff was entitled to and needed due to diagnosed high blood pressure.

35) Medical staff, Juliana and Hulbiki, refused to supply plaintiff with a pillow and a sufficient mattress after limitless complaints of neck and back pain due to a lack of these necessities.

36) Medical staff, Juliana and Hulbiki, also refused to take any measures to address these problems.

37) Medical staff, Juliana and Hulbiki, and the jail administration, allowed plaintiff to be in contact with other inmates that have scavies, MRSA, staph infection, and other contagious and communicable diseases by having these inmates housed in the same living areas with plaintiff, sharing showers, phones, etc., putting plaintiff at grave health risk.

38) Not only did Sheriff Seeley refuse to intervene and correct these unconstitutional issues that Superintendent Spitz implemented. Sheriff Seeley also authorized and supported Superintendent Spitz's horrific policies.

39) Enduring these living conditions for such periods of time caused plaintiff tremendous harmful physical effects, such as neck and back pain, lack of sleep, causing worse high blood pressure. Also causing tremendous harmful psychological effects, such as stress, depression, fear, and anxiety and also lack of sleep which also worsened high blood pressure.

40) During the 9 months of detention, plaintiff filed numerous grievances to no avail. Administration's policy is to make grievances disappear or tell inmates that "the issue is not grievable". The New York State Commission of Correction has investigated and visited the jail numerous times for this

oppressive grievance system and other issues that are unconstitutional to inmates.

## JURY DEMAND

41) Plaintiff demands trial by jury.

## PRAYER

A. Punitive damages-1Million
B. Compensatory damages-1 Million
C. Administrative sanctions on all defendants that the law may require or uphold.
D. Option to amend complaint if the law requires.

_____

Maxmillian Sloley, Pro Se
17A0421-Clinton Annex
Correctional Facility
P.O. Box 2002
Dannemora, NY 12929

x _M. Sloley_____

(4)