# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of NEW YORK
MAXMILLIAN SLOLEY,
          PLAINTIFF.
          V.
James Lebow, individual and
official capacity, Lebow and
Associates, individual and official
capacity.
               Defendants.



17-cV-68
Legal
Malpractice

     AMENDED COMPLAINT

Parties and Jurisdiction
1
1. Plaintiff-Maxmillian Sloley, P.O. Box 2002, Dannemora, NY
12929. Clinton Correctional Facility Annex.

2. Defendant-James Lebow, 967 Memorial Village Drive, Houston,
TX 77024.

3. Lebow and Associates, 967 Memorial Village Drive, Houston,
TX 77024

4. The initial complaint, Sloley v. Filli, et al. 12-cv-1751,
was filed in this district court, which gives this court
continued jurisdiction.

Claim for Relief

5. In the month of November  the year of 2012, Plaintiff
signed a retainer agreement contract with James Lebow and
Lebow and Associates.

6. In the month of December, the year 2012, Lebow and
Associates filed a civil suit on Plaintiff's behalf(12-cv-1751).

7. This civil suit was filed in the United States District Court
of the Northern District of New York.

8. In February of 2014, James Lebow dismissed Plaintiff's civil
suit with prejudice behind Plaintiff's back, without Plaintiff's
knowledge or consent.

9. In numerous conversations previously to Lebow dismissing
Plaintiff's case, Plaintiff specifically told Lebow not to dismiss
the suit, which he understood and agreed not to do.

10. Plaintiff told Lebow, if he chooses not to proceed, he
should withdraw himself and his firm so plaintiff  can either
retain  a new attorney or proceed Pro Se, which Lebow agreed.

11. James Lebow and his secretary has lied to Plaintiff and
withheld information.before and after the dismissal of the suit.
12. James Lebow also failed to litigate this case properly and

competently.

13. James Lebow and Lebow and Associates has breached their fiduciary duty due to misrepresentation and fraud.

14. This complaint stems from criminal charges that were dismissed in the Plaintiff's favor.

15. Plaintiff was arrested on June 29, 2010 and charged with possession of heroin(B-felony) and possession of marijuana(D-felony).

16. Plaintiff was detained for 14 months due to these criminal charges.

17. The criminal charges were dismissed on December 19, 2011 in the Plaintiff's favor.

18. The defendants in this action, James Lebow and Lebow and Associates, dismissed that complaint(12-cv-1751), with prejudice without the Plaintiff's knowledge or consent, which bars plaintiff from recovering any damages by the defendants of Sloley v. Filli(12-cv-1751).

19. Jury Demand

Plaintiff demands jury trial.

Prayer

A. Punitive damages 1 million.
B. Compensatory damages 1 million.
C. Any and/or all relief the court deems just and proper.


Maxmillian Sloley-17A0421
X M. Slol

Clinton Correctional Facility Annex
P.O. Box 2002
Dannemora, NY 12929

Legal
Mail

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2002
DANNEMORA, NEW YORK 12929

NAME: Maximillian Slater          DIN: 17A0421

Clinton

Correctional Facility

NEOPOST
02/14/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

United States
District Court Clerk
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

RECEIVED
FEB 22 2019

Legal
Mail