# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maximillian Sloley,<br>　　　　　　　Plaintiff,<br>　v.<br>Eric VanBramer.<br>　　　　　　　Defendant. | Docket No. 14-cv-339<br><br>**DECLARATION OF**<br>**J. REMY GREEN** |

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF KINGS　　　　)

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C., the trial attorneys for Plaintiff Sloley.

2. I make this declaration to place certain documents in my control in the record on the various motions in limine.

3. Attached as Exhibit 1 is a true copy of the trial subpoena I sent to Defendant's counsel.

4. Attached as Exhibit 2 is a true copy of the then-Defendants' responses to Plaintiff's discovery requests.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On:  August 22, 2022

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　J. Remy Green

1