**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MAXMILLIAN SLOLEY,

                         Plaintiffs,

    v.                                                1:14-CV-339
                                                        (CFH)

ERIC VANBRAMER,

                         Defendant.

---

## JURY VERDICT FORM

*PLEASE NOTE*

- Each Juror will be provided with a Verdict Form. However, your verdict should be reported to the Judge on only ONE verdict form, signed by the jury foreperson. The remaining Verdict Forms should be returned to the courtroom deputy unsigned, following the completion of your deliberation.
- Please carefully follow the bold-type directions accompanying each question.
- Please indicate your response to the following questions by placing an "X" on the appropriate lines.

(1) Has plaintiff, Maxmillian Sloley, proven by a preponderance of the credible evidence that on April 1, 2013, defendant Eric VanBramer subjected him to a visual body cavity search without reasonable suspicion to believe that Mr. Sloley had hidden evidence inside of his body cavity, in violation of the Fourth Amendment?

**If your answer to question 1 is "no": you must reach a verdict in favor of defendant. Please have the foreperson sign and date this form and inform the Marshal that a unanimous verdict has been reached.**

**If your answer to question 1 is "yes": please proceed to question 2.**

                    Yes: _____        No: __✓__

(2) Has plaintiff, Maxmillian Sloley, proven by a preponderance of the credible evidence that defendant Eric VanBramer's conduct proximately caused plaintiff injury?

                    Yes: _____        No: _____



Court exhibit 1

*If you answered "yes" to question 2, please proceed to question 3. If you answered "no" to question 2, please have the foreperson sign and date this form and inform the Marshal that a unanimous verdict has been reached.*

(3) What sum of money, if any, do you find that plaintiff Maxmillian Sloley has proven by a fair preponderance of the credible evidence would fairly compensate him for any injury suffered as a proximate cause of defendant Eric VanBramer's violation of his Fourth Amendment rights?

*If you find that Eric VanBramer violated plaintiff's Fourth Amendment rights, but that plaintiff did not sustain any actual, punitive, or compensatory damages as a result of this violation, then you should award plaintiff nominal damages in the amount of $1.00. Please note that you may **not** award both compensatory and nominal damages.*

$ _____

**Proceed to question 4.**

(4) With respect to plaintiff Maxmillian Sloley's claims, if you have found that he is entitled to compensatory damages, do you also find that defendant was motivated by an evil intent or by reckless indifference to plaintiff's constitutional rights such that defendant should be required to pay plaintiff punitive damages?

Yes: _____    No: _____

*After you have answered the questions above, please have the foreperson sign and date this form and return it to the marshal. Please return all other copies of the verdict sheet to the marshal. Your deliberations are complete.*

\*name redacted

8/30/2022
Date

Jury Foreperson's Signature

2