

August 31, 2022

Hon. Christian F. Hummel, U.S.M.J.
Northern District of New York
James T. Foley U.S. Courthouse, Suite 509
445 Broadway
Albany, NY 12207

<u>By Electronic Filing.</u>

    Re:    Case No. 14-cv-339, <u>Sloley v. VanBramer.</u>

Dear Judge Hummel:

    My firm served as pro bono trial counsel to the Plaintiff in the case above. I write, as the Court directed, to ask the Court to grant an extension of time to give Plaintiff 60 days to file any post-trial motions. Additionally, I would ask that the Court stay the time to file a notice of appeal on the just-entered judgment for the same period. If granted, this would make all materials related to the trial, with the weekend-extension provided in Rule 6, due on Monday, October 31, 2022.

    As the Court knows, my firm was appointed as trial counsel, and I believe our engagement has now — at least as it exists right now — come to a close.[1] Thus, it is only fair to Mr. Sloley to give him additional time to digest everything, seek out other counsel if necessary, and so on. I should also note that all the trial materials came back to my office, so I still need to transfer them to Mr. Sloley (or any counsel he obtains).

    Finally, I would ask that the Court ensure that all materials (including those just filed on the docket) go back to being served on Mr. Sloley, since my firm's engagement has ended.

    Once again, it was a privilege to appear in front of the Court, and I thank the Court again for its time and thoughtful consideration.

    Respectfully submitted,

    /s/
    _____

    J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**

---

[1] We intend to send Mr. Sloley a closing memorandum about his options, discuss whether there are any additional services it makes sense for us to provide, and so on. But all of that requires internal discussion at the firm. So, while we want to move quickly, it is not realistic to do it any sooner than two or three weeks from now.



*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosure.

cc:
All parties by ECF.

Page 2 of 2

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com