# United States District Court
**NORTHERN DISTRICT OF NEW YORK**

MAXMILLIAN SLOLEY,

          *Plaintiff*,

-against-

ERIC VANBRAMER,

          *Defendant*.

**BILL OF COSTS**

Case Number: 1:14-CV-339 (CFH)

Judgment having been entered in the above-entitled action on <u>August 31, 2022</u> against Plaintiff <u>Maxmillian Sloley</u>, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | 0 |
| Fees for service of summons and subpoena | 0 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $589.10 |
| Fees and disbursements for printing | 0 |
| Fees for witnesses (itemize on reverse side) | $126.20 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $9.00 |
| Docket fees under 28 U.S.C. 1923 | 0 |
| Costs as shown on Mandate of Court of Appeals | 0 |
| Compensation of court-appointed experts | 0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0 |
| Other costs (please itemize) | 0 |
| TOTAL | $724.30 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

# DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

A copy of this bill was served on September 27, 2022 by mail with postage prepaid upon:

Maxmillian Sloley (17-A-0421)
Eastern NY Correctional Facility
Box 338
Napanoch, NY  12458

A copy of this bill was served on September 27, 2022 via ECF upon:

Remy Green
Cohen & Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY  11385

    Signature of Attorney: *s/ Mark G. Mitchell*

    Name of Attorney:    Mark G. Mitchell, Bar roll no. 516818
For:    Office of the Attorney General, The Capitol, Albany, New York  12224    Date:  September 27, 2022
    Representing the Defendant

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
    *Clerk of Court*                                      *Deputy Clerk*              *Date*

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| 1. Bryan VanBramer, Albany, NY. Testified on 8/29/22 | 1 | 40 | | | | | 40 |
| 2. Theodore LaRuffa, Monticello, NY (GSA mileage rate $0.22/per mile), travel on 8/30/22. Testified on 8/30/22. | 1 | 40 | | | 210 | 46.20 | 86.20 |
| | | | | | | TOTAL | 126.20 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

 "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**
Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**
(d) Additional Time After Certain Kinds of Service.
When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**
Cost or Fee Awards:
Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# ITEMIZATION AND DOCUMENTATION

### Fees for printed or electronically recorded transcripts
### necessarily obtained for use in the case, 28 U.S.C. §1920(2)

1.	The cost is $589.10. Attached hereto as **Exhibit A** is the invoice concerning the transcription of the deposition of Plaintiff Maxmillian Sloley in this action, taken on May 18, 2015, in the amount of $503.10. Attached hereto as **Exhibit B** is the invoice concerning the deposition of Plaintiff Maxmillian Sloley, scheduled for April 29, 2015, in the amount of $86.00, at which Plaintiff failed to appear. Plaintiff's failure to appear was referenced in the Court's Text Order, Dkt. No. 40, entered on May 12, 2015.

The deposition transcript was necessary because Plaintiff is a party and because Plaintiff testified at the trial on August 29, 2022. *See Yunus v. Jones*, No. 9:16-CV-1282, 2020 WL 3026238, at *3 (N.D.N.Y. June 5, 2020); 28 U.S.C § 1920(2); NDNY Guidelines for Bills of Costs at D.1.c,d.

### Fees for exemplification and the costs of making copies of any materials
### where the copies are necessarily obtained for use in the case, 28 U.S.C. §1920(4)

1.	The cost is $9.00, for copying 36 pages at $0.25 per page. The 36 pages were necessary in that they consist of Defendants' Rule 26 mandatory disclosures and supplemental disclosures. *See Yunus v. Jones*, No. 9:16-CV-1282, 2020 WL 3026238, at *3 (N.D.N.Y. June 5, 2020); 28 U.S.C § 1920(4); NDNY Guidelines for Bills of Costs at H.1.g.

### Witness fees, 28 U.S.C. § 1920(3)

1.	**Exhibit C** indicates the mileage between Monticello, NY and the James T. Foley U.S. Courthouse in Albany, NY for nonparty witness Theodore LaRuffa, who testified at trial on August 30, 2022. *See Yunus v. Jones*, No. 9:16-CV-1282, 2020 WL 3026238, at *2 (N.D.N.Y. June 5, 2020); 28 U.S.C § 1920(3); NDNY Guidelines for Bills of Costs at F.1.b.

## Service

As noted in the attached bill of costs, a copy of this bill was served on September 27, 2022 by mail with postage prepaid upon:

Maxmillian Sloley (17-A-0421)
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

A copy of this bill was served on September 27, 2022 via ECF upon:

Remy Green
Cohen & Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY 11385

**EXHIBIT A**



# Invoice

| Date | 06/24/15 |
|---|---|
| Invoice No. | |
| Terms | Net 30 |

PO Box 823
Latham, NY 12110
518-982-1341
info@amfreporting.com
www.amfreporting.com

**Bill To:**
NYS Office of Attorney General
Budget & Fiscal Management Bureau
Payments Team
State Capitol
Albany, NY 12224-0341

| Reporter | Case Name | Delivery Date | Delivery Method |
|---|---|---|---|
| SBD | 5/18/15 Sloley vs Vanbramer | 06/24/15 | US Mail |

| Service Date | Service | Description of Service | Pages | Rate | Amount |
|---|---|---|---|---|---|
| 05/18/15 | Original and one copy only | Deposition of Maxmillian Sloley<br><br>AAG Mark Mitchell<br>Original and one copy sent to AAG Mitchell via priority mail. | 117 | 4.30 | 503.10 |

RECEIVED
JUN 25 2015
OFFICE OF THE ATTORNEY GENERAL
BUDGET AND FISCAL MANAGEMENT

Pursuant to Contract #         Vendor ID#

**Total** $503.10

All Major Credit Cards Accepted.

PLEASE MAKE CHECK PAYABLE TO:

**AMF REPORTING SERVICES, INC.**
**TAX ID#:**

**EXHIBIT B**



PO Box 823
Latham, NY 12110
518-982-1341
info@amfreporting.com
www.amfreporting.com

# Invoice

| Date | 05/06/15 |
|---|---|
| Invoice No. | ▮ |
| Terms | Net 30 |

**Bill To:**
NYS Office of Attorney General
Budget & Fiscal Management Bureau
Payments Team
State Capitol
Albany, NY 12224-0341

| Reporter | Case Name | Delivery Date | Delivery Method |
|---|---|---|---|
| EJF | 4/29/15 Sloley v VanBramer | 04/29/15 | US Mail |

| Service Date | Service | Description of Service | Pages | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/15 | Appearance Fee | No show of witness - minimum fee. Original and one copy sent to AAG Mark Mitchell on 4/29/15. | 20 | 4.30 | 86.00 |

RECEIVED
MAY 06 2015
OFFICE OF THE ATTORNEY GENERAL
BUDGET AND FISCAL MANAGEMENT

Pursuant to Contract # ▮ Vendor ID# ▮

| Total | $86.00 |
|---|---|

PLEASE MAKE CHECK PAYABLE TO:

**AMF REPORTING SERVICES, INC.**
TAX ID#: ▮

All Major Credit Cards Accepted.

**EXHIBIT C**

**Google Maps**   Monticello, New York 12701 to James T. Foley Courthouse, 445 Broadway, Albany, NY 12207   Drive 105 miles, 2 hr 2 min

**Monticello**
New York 12701

⚠ This route has tolls.

### Get on NY-17 E from High St

4 min (1.5 mi)

↑ 1. Head west on Broadway toward Prince St
   89 ft

↱ 2. Turn right onto Liberty St
   0.3 mi

↱ 3. Turn right onto High St
   0.5 mi

↰ 4. Turn left onto NY-42 N/Pleasant St
   0.2 mi

🚶 5. Take the ramp onto NY-17 E
   0.5 mi

### Follow NY-17 E, US-209 N and I-87 N to Broadway in Albany

1 hr 57 min (104 mi)

🚶 6. Merge onto NY-17 E
   9.5 mi

↱ 7. Take exit 112 toward K-Line Bridge Rd
   0.1 mi

↰ 8. Turn left onto K-Line Bridge Rd
   0.2 mi

↱ 9. Turn right onto Wurtsboro Mountain Rd
   1.2 mi

↑ 10. Continue onto Sullivan St
   0.4 mi

↰ 11. Turn left after the gas station (on the left)
   ℹ Continue to follow US-209 N
   ℹ Pass by AutoZone Auto Parts (on the left in 11.9 mi)
   38.3 mi

🚶 12. Use the right lane to merge onto NY-28 E via the ramp to Kingston
   0.6 mi

⟲ 13. At the traffic circle, take the 3rd exit onto the I-87/New York State Thruway ramp
   ⚠ Toll road
   0.3 mi

↗ 14. Keep right at the fork, follow signs for I-87 N/Albany and merge onto I-87 N
   ⚠ Toll road
   50.4 mi

↱ 15. Take exit 23 toward I-787
   ⚠ Toll road
   0.3 mi

↖ 16. Keep left at the fork, follow signs for I-787 N/Downtown Albany/Rensselaer/Troy and merge onto I-787
   1.6 mi

| | | |
|---|---|---|
| ↱ | 17. | Take exit 4 toward US-9 N/US-20 W/Visitor Ctr/St Rose |
| | | 0.2 mi |
| 🚶 | 18. | Merge onto Quay St |
| | | 0.2 mi |
| ↰ | 19. | Turn left onto NY-5 |
| | | 0.2 mi |
| ↗ | 20. | Use any lane to turn slightly right onto Broadway |
| | | ⓘ Destination will be on the right |
| | | 220 ft |

**James T. Foley Courthouse**
445 Broadway, Albany, NY 12207