# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on September 26, 2022 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): ___

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 27th day of September, 2022.

John M. Domurad, Clerk
U.S. District Court

By:   s/ M. Gallup-Hughes
      Deputy Clerk

### Case Information

Case Name & Case No.        Maxmillian Sloley v. Eric VanBramer    1:14-cv-339
Docket No. of Appeal:       #133
Document Appealed:          #126 - Judgment

Fee Status:    Paid ___        Due ___              Waived (IFP/CJA) X
               IFP revoked ___ Application Attached ___   IFP pending before USDJ ___

Counsel:       Retained ___    Pro Se X

Time Status:   Timely X        Untimely ___

Motion for Extension of Time:    Granted ___    Denied ___

Certificate of Appealability:    Granted ___    Denied ___    N/A X

***Please note that there is a Post Trial Motion Pending in the District Court as well as a Motion for IFP/Trial Transcript. Docket #'s [131] and [134].**