UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

                                    *Plaintiff*,

-against-

ERIC VANBRAMER,

                                    *Defendant*.

**DECLARATION OF SERVICE**

14-CV-0339

GLS/CFH

---

      I, YVONNE R. ROSS, declare pursuant to 28 USC § 1746, that on November 17, 2022, I served the annexed **Memorandum of Law in Opposition to Plaintiff's Post-Verdict Motions (Dkt. Nos. 134, 140) with unpublished case appendix** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Maxmillian Sloley, 17-A-0421
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458


Dated:  Albany, New York
        November 17, 2022

                                              *S/Yvonne R. Ross*
                                                YVONNE R. ROSS