Maxmillian Sloley-17A0421
Box 338
Napanoch, NY 12458
Eastern NY Correctional Facility

Date: JUNE 2, 2023

Clerk of Court
United States District Court
Northern District of New York

### COVER LETTER

This cover letter is attached to the Plaintiff's motion to oppose the Bill of Cost Fees pursuant to RULE 54 of the Federal Rules of Civil Procedure.

The Plaintiff request that this Court allows the Plaintiff to submit an opposition motion at this time and reconsider it's prior decision. The Plaintiff did not submit an earlier opposition due to the pending post-verdict motion. The Plaintiff was not advised or informed by this Court or by anyone else that the Bill of Cost motion was to be responded to before the post-verdict motion was decided. Plaintiff's former assigned trial attorney informed the Plaintiff that it would be procedurally acceptable to wait on the decision of the post-verdict motion before filing an opposition. Which makes sense since a post-verdict motion, if granted in the Plaintiff's favor will make a Bill of Cost motion moot. As I stated already, this Court has never advised or informed me that the Bill of Cost motion MUST be responded to prior to the Court deciding the post-verdict motion. To respond to a Bill of Cost motion before a post-verdict motion is decided seems senseless and does not seem to be procedurely in order. Thus, the Plaintiff is requesting that this Court allows this motion at this time since the post-verdict motion was just decided. Thank you very much.

Respectfully,

Maxmillian Sloley-17A0421

X 

Box 338
Napanoch, NY 12458
Eastern NY
Correctional Facility

U.S. DISTR..... OF N
F.....D

JUN 08 ...

AT_____ O......
John F......