UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Date: JUNE 2, 2023

Sloley v. Vanbramer
14-cv-339

---

This motion is an opposition to the defendant's Bill of Costs, in accordance with Whitfield v. Scully, 241 F.3d 264, (2d. Cir. 2001). The Plaintiff in this case requests that this Court grants the Plaintiff a waiver of fees in accordance with RULE 54 of the Federal Rules of Civil Procedure. ThebPlaintiff has good cause to be allowed a waiver of fees. Such as:

1) Misconduct by the prevailing party.
2) The difficulty of the issues.
3) The Plaintiff's limited financial resources.

   1) It is clearly obvious on the record that there was more than enough misconduct by the defendants. Numewous prejudicial comments that were inadmissable, irrelevant, and highly inflammatory, which denied the Plaintiff a fair trial. Even in the Court's decision and order recognizes the unfair misconduct that was used by the defendant as a strategic and prejudicial tactic. See page 6 of Plaintiff's motion, (post-verdict) for full account of the defendant's misconduct.

   2) The difficulty of the issues were such as no substantial evidence being available at the trial. Primarily no tangible evidence either. This trial was based on strictly testimony and whoever can convince the jury to believe their story. This also caused the defendant to rely on the misconduct in paragragh 1, and page 6 of the Plaintiff's post-verdict motion.

   3) The Plaintiff's limited financial resources is also a compelling argument. The Plaintiff is an indigent, incarcerated individual. The Plaintiff recieves approximately $20.00 a month. The Plaintiff also has 3 children.

   To impose a fee of $724.30 would be an undue and harsh burden upon the Plaintiff. Not to mention a fee of $589.10 for the deposition of the Plaintiff is also excessive. And in light of paragraghs 1, 2, and 3. The Plaintiff has shown good cause to be excused these excessive fees for Bill of Costs. An indigent and incarcerated individual with 3 children that only recieves a total of $20.00 a month by State Correctional Facility should be granted a waiver of Bill of Costs.

Respectfully,
Maxmillian Sloley-17A0421
X *M. Sloley*
Box 338
Napanoch, NY 12458
Eastern NY
Correctional Facility

**EASTERN NY CORRECTIONAL FACILITY**
BOX 338
NAPANOCH, NEW YORK  12458-0338

NAME: Maxmillian Sloley   DIN: 17A0421

EASTERN ☆ CORRECTIONAL FACILITY

NEOPOST
06/06/2023
US POSTAGE $000.60⁰

FIRST-CLASS MAIL



ZIP 12458
041M11463363



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
JUN 08 2023

Legal Mail

Clerk
United States
District Court
445 Broadway
Room 509
Albany, NY 12207

Legal Mail

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Maxmillian Sloley   DIN: 17A0421

Legal mail

Printed On Recycled Paper