

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007

```
U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
MAY 20 2024
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse
```

Ruby J. Krajick
Clerk of Court

Dear Sir/Madam:

The enclosed document(s) is/are being returned for the following reason(s):
- ☐ Filing fee of $_____ is required
- ☐ No personal checks, check must be either a certified bank check or a money order
- ☐ Certificate of good standing (COGS) from a New York State Court must be issued within thirty (30) days. If COGS is from VT or CT or both Federal and State Certificates are needed and must be issued within thirty days. (Local Rule 1.3)
- ☐ Sponsor must know petitioner for at least *one full year*, specific date needed if it is only one year (local Rule 1.3)
- ☐ For original signature of the attorney of record. Copied signatures and S/ are not acceptable. Attorney must sign his/her own name
- ☐ All waive-ins from EDNY must be done in person
- ☐ Original certificate of good standing is required
- ☐ New Petition of Admission/ECF Registration form must be filled and notarized
- ☐ Must be filed electronically via ECF
- ☐ Affidavit/Certificate of service required for filing

New Action could not be opened due to the following reason(s):
- ☐ *One original and two copies* of the SDNY civil cover sheets (JS44C/SDNY) are needed
- ☐ *One original and two copies* of SDNY Miscellaneous cover sheets are needed
- ☐ *One original and one copy* of Federal Rule 7.1 are needed
- ☐ Only one Nature of Suit can be marked off on civil cover sheet
- ☐ Signing Attorney must be admitted in the Southern District of New York
- ☐ If relating new action, SDNY case number and judge are needed

Under Basis of Jurisdiction:
- ☐ U.S. Plaintiff/ U.S. Defendant is *for government agencies only*
- ☐ Cannot file as Federal Question and Diversity
- ☐ Citizenship of Principal Parties is for Diversity cases only
- ☐ Only *one box for plaintiff and one box for defendant* is allowed under Citizenship of Principal Parties, no matter how many parties are involved
- ☐ Diversity and Nature of Suit #890 (other statutory actions) cannot be chosen together
- ☐ Beginning June 26, 2017, pursuant to the Standing Order 17-MC-201, attorneys commencing new miscellaneous civil actions in the United States District Court for the Southern District of New York will be required to file these actions using the Court's Electronic Case Filing (ECF) System
- ☑ Other We received this check that was meant for NDNY.

Please comply with the above checked item(s) and resubmit said document(s) in conformity to the Rules of the court.

Thank you for your cooperation.

5/15/24

Date

Annemarie Foley

Deputy Clerk

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

DEBRA ANN LIVINGSTON
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Date: August 07, 2023
Docket #: 22-2182cv
Short Title: Sloley v. State of New York

DC Docket #: 14-cv-339
DC Court: NDNY (SYRACUSE)
DC Judge: Hummel

## WARDEN'S NOTICE OF PRISONER AUTHORIZATION

Maxmillian Sloley and Inmate Number 17-A-0421 has filed an appeal with the United States Court of Appeals for the Second Circuit, thereby incurring filing fees in the amount of $505.

Pursuant to 28 U.S.C. § 1915, appellant is proceeding in forma pauperis and must pay the total $505 fee by monthly installments deducted from Appellant's prison trust fund account, or institutional equivalent.

Appellant has signed the enclosed Prisoner Authorization that requests and authorizes you to send a certified copy of Appellant's prison trust fund account for the past six months to the Clerk of the United States Court of Appeals for the Second Circuit. Immediately forward one copy of appellant's prison trust fund account for the past six months, to this Court, on the attached certified statement form.

The Prisoner Authorization further requests and authorizes your agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those amounts from Appellant's prison trust fund account (or institutional equivalent) and to disburse those amounts as directed by the United States Court of Appeals for the Second Circuit.

In addition, please disburse all payments under 28 U.S.C. § 1915 to the United States District Court for the Northern District of Syracuse.

Inquiries regarding this case may be directed to 212-857-8512.

AFTER 5 DAYS RETURN TO
EASTERN NEW YORK
CORRECTIONAL FACILITY
NAPANOCH, N.Y. 12458



EASTERN

CORRECTIONAL FACILITY

NEOPOST
05/07/2024
US POSTAGE $000.64⁰



ZIP 12458
041M11463363

RECEIVED
MAY 14 2024
CLERK'S OFFICE
S.D.N.Y.

USM AT
SDNY

1000781502 C099



CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

7022 2410 0003 3393 0539

FIRST-CLASS MAIL IMI
$008.69
05/15/2024 ZIP 10007
043M31233901

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAY 2 0 2024
RECEIVED

US District Court
Northern District of New York
James M. Hanley Federal Building & US Courthouse
100 S. Clinton St.
Syracuse, NY 13261

13261-610099