Maxmillian Sloley
17A0421
99 Prison Road
P.O. Box 1000
Woodbourne, NY 12788



Re: 14-cv-339
Sloley v. Vanbramer

Court Clerk
U.S. District Court
445 Broadway
Albany, NY 12207

September 26, 2025

Court Clerk,

In light of the Court of Appeals vacating my case "AGAIN" and remanding it back to the District Court, I am requesting the Court to return my $386.75 back into my inmate account as soon as possible. These funds were for "Bills and Costs" for losing trial. Due to the reversal, I would like these funds returned to me as soon as possible. Thank you very much.

I am also requesting a reassignment of a new District Court Judge/Magistrate.

(1)

If the opposition refuses to settle, then I AM requesting A New Judge/Magistrate. This will possibly give me A chance for A "fair trial" this time around. Thank you very much.

Ligon v. City of New York, 736 F.3d 166.

Szafran v. Sandata Technologies, Inc., 205 Fed. Appx. 864.

Shcherbakovskiy v. Da Capo Al Fine, Ltd., 490 F.3d 130.

U.S. v. City of New York, 717 F.3d 72.

U.S. v. Quattrone, 441 F.3d 153.

U.S. v. Robin, 553 F.2d 8.

September 26, 2025

M. Sloley

Maxmillian Sloley
99 Prison Road
P.O. Box 1000
Woodbourne, NY
12788

(2)

WOODBOURNE CORRECTIONAL FACILITY
99 Prison Road
P.O. Box 1000
WOODBOURNE N.Y. 12788-1000

NAME: Maxmillian Sloley    DIN: 17A0421

Court clerk
U.S. District Court
James T. Foley - U.S. Courthouse
445 Broadway - Room 441
Albany, NY 12207

Legal Mail

Legal Mail

RECEIVED
OCT 02 2025
STATE COURT OF CLAIMS
ALBANY, N.Y.

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
OCT 06 2025
RECEIVED

ALBANY NY
30 SEP 2025 PM 1
NEOPOST
09/29/2025
US POSTAGE $000.74
FIRST-CLASS MAIL
IMI
1775★2025
ZIP 12788
041M11284544

12207-292616

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
INCARCERATED INDIVIDUAL CORRESPONDENCE

NAME: Maxmillian Sloley

Legal Mail


Printed On Recycled Paper