

Writer Direct: (518) 776-2583

October 16, 2025

**VIA CM/ECF**
The Honorable Paul J. Evangelista
United States Magistrate Judge
James T. Foley United States Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    *Sloley v. VanBramer*
             Northern District of New York
             14-CV-339 (PJE)

Dear Judge Evangelista:

      This Office represents Defendant Eric VanBramer in the above-referenced action. Defendant respectfully submits this letter in response to Plaintiff's letter motion, filed on October 6, 2025, which demands: (1) that the Court "return" $386.75 to Plaintiff's inmate account; and (2) "reassignment of a new District Court Judge/Magistrate." ECF No. 156.

      First, pursuant to the Court's Memorandum-Decision and Order, filed on June 27, 2023, the Court granted Defendant's motion for a bill of costs in the amount of $386.75. ECF No. 151 at 18. However, because this case was on appeal, Defendant did not attempt to collect costs from Plaintiff. Accordingly, there is nothing for Defendant to reimburse to Plaintiff. Plaintiff provides no evidence that any costs for this case were deducted from his account, nor any authority that he is entitled to costs from this Court.[1] Accordingly, Plaintiff's request should be denied.

      Second, Defendant takes no position as to Plaintiff's demand that this case be reassigned to a new District Judge and Magistrate Judge.

      Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the Plaintiff to be served with a copy of this letter by First-Class United States Mail at the address listed below.

---

[1] The Docket indicates that this Court received $505.00 from Plaintiff for his appeal filing fee. ECF No. 153. Plaintiff provides no authority showing that he is entitled to reimbursement of that fee.

Respectfully submitted,

*s/ Mark G. Mitchell*
MARK G. MITCHELL
Assistant Attorney General, *Of Counsel*
Bar Roll No. 516818

CC: Via First-Class United States Mail:
     Maxmillian Sloley (17-A-0421)
     Woodbourne Correctional Facility
     99 Prison Road
     P.O. Box 1000
     Woodbourne, NY  12788-1000