Maxmillian Sloley  
17A0421  
99 Prison Road  
P.O. Box 1000  
Woodbourne, NY 12788

1:14-cv-339

October 22, 2025



c/o  
Magistrate Judge  
Paul J. Evangelista  
U.S. Courthouse  
445 Broadway  
Albany, NY 12207-2936

Court,

This letter/motion is an updated and amended/supplemental letter/motion to the request to be reimbursed. The prior was a misunderstanding and misinformed. This is requesting the Court to reimburse the Plaintiff the $505.00 Appeal filing fee. In light of the fact that Plaintiff was successful in his appeal, he is requesting reimbursement of the $505.00 filing fee as to the

"Costs And Fees" Rule of Law.
Plaintiff is required to be reimbursed due to his Appeal being granted.

Note: If the reimbursement is to be paid by the defendant(s) or by the Court, plaintiff does not know. Whoever or however, the Plaintiff is requesting the Court to decide whatever is legally just and proper.

Thank you,
M. Sloley

Maxmillian Sloley
17A0421

**WOODBOURNE CORRECTIONAL FACILITY**
99 Prison Road
P.O. Box 1000
WOODBOURNE N.Y. 12788-1000

NAME: Maxmillian Sloley   DIN: 17A0421

Legal Mail

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
OCT 28 2025
RECEIVED

c/o Magistrate Evangelista
U.S. Courthouse
445 Broadway - Room 509
Albany, NY 12207-2936

Legal Mail



ALBANY NY 120
27 OCT 2025 AM 3 L

WOODBOURNE
CORRECTIONAL FACILITY

NEOPOST    FIRST-CLASS MAIL
           IMI
10/24/2025
US POSTAGE $000.74⁰

ZIP 12788
041M11284544

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Maxmillian Sloley  DIN: 17A0421

Legal Mail

Printed On Recycled Paper