UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAXMILLIAN SLOLEY (17-A-0421)

    vs.                    Case No.   1:14-CV-339 GLS/CFH

VANBRAMER, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:        MAXMILLIAN SLOLEY

2. Prisoner ID #:           17-A-0421

3. Detained by:             EASTERN NY CORR. FACILITY
                                     30 Institution Road
                                     P.O. Box 338
                                   Napanoch, New York 12458-0338

4. Detainee is:        (A)    (X)    Plaintiff in a Civil Action

                          (B)    ( )    A witness not otherwise available by the ordinary process of the Court

5. Participation of Inmate Maxmillian Sloley (17-A-0421) is hereby ORDERED on <u>Friday, November 14th, 2025</u> at <u>10:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Paul J. Evangelista. The Court will initiate the conference call.

**SO ORDERED,**

Date:  <u>October 29th, 2025</u>

                                                                 _____
                                                                 Paul J. Evangelista
                                                                 U.S. Magistrate Judge

cc:    Maxmillian Sloley, via U.S. Postal Service
       Eastern NY Correctional Facility, via email and U.S. Postal Service
       Mark G. Mitchell, AAG, and Olivia Cox, AAG via CM/ECF