

**Office of the New York State Attorney General**

**Letitia James Attorney General**

Writer Direct: (518) 776-2583

November 28, 2025

**VIA CM/ECF**
The Honorable Paul J. Evangelista
United States Magistrate Judge
James T. Foley United States Courthouse
445 Broadway, Room 441
Albany, New York 12207

   Re: *Sloley v. VanBramer*
      Northern District of New York
      14-CV-339 (PJE)

Dear Judge Evangelista:

  This Office represents Defendant Eric VanBramer in the above-referenced action. Defendant respectfully submits this letter in response to Plaintiff's letter motion "requesting the Court to reimburse the Plaintiff the $505.00 Appeal filing fee." ECF No. 160. Plaintiff's motion should be denied.

  In its Summary Order filed on September 26, 2025, the United States Court of Appeals, Second Circuit, vacated the Judgment of dismissal (ECF No. 126) and remanded for a new trial. *See Sloley v. VanBramer*, No. 22-2182-cv, 2025 WL 2741780, at *3 (2d Cir. Sept. 26, 2025) ("we **VACATE** the judgment of the District Court and **REMAND** for a new trial." (emphases in original)) (copy of Summary Order attached). The Second Circuit's Summary Order did not award costs. Further, the docket for that appeal indicates that Plaintiff did not file a bill of costs (printout of docket attached).

  Pursuant to Rule 39 of the Federal Rules of Appellate Procedure, "if a judgment is … vacated, costs are taxed only as the court orders." Fed. R. App. P. 39(a)(4) (effective until December 1, 2025)[1]; *see also Elias Bochner, 287 7th Ave. Realty LLC v. City of New York*, 118

---

[1] However, effective December 1, 2025, "if a judgment is … vacated, each party bears its own costs." Fed. R. App. P. 39(a)(4) (effective December 1, 2025). Accordingly, Plaintiff's motion should be denied.

F.4th 505, 526-527 (2d Cir. 2024) (Rule 39(a)(4) applied when the Second Circuit vacated the District Court's judgment and remanded the case). As to the "court" referenced there, the United States Supreme Court determined that, under Rule 39(a)(4), "costs are taxed only as the court [of appeals] orders." *City of San Antonio, Texas v. Hotels.com, L. P.*, 593 U.S. 330, 337 (2021) (alteration in original).

Fed. R. App. P. 39(e) sets forth "costs on appeal [that] are taxable in the district court for the benefit of the party *entitled* to costs under this rule." (emphasis added). "[I]f a party is awarded costs under subdivision (a), it is 'entitled' to those costs—*i.e.*, has a right to obtain them and not merely to seek them—when a proper application is made in the district court." *Hotels.com*, 593 U.S. at 338. Here, inasmuch as the Second Circuit did not order the taxation of costs pursuant to Rule 39(a), Plaintiff is not a "party entitled to costs" under Rule 39(e), and thus Plaintiff's motion must be denied.

Further, the costs on appeal that "are taxable in the district court for the benefit of the party entitled to costs under this rule"—which Plaintiff is not—include "the fee for filing the notice of appeal." Fed. R. App. P. 39(e)(4). "'[T]he fee for filing the notice of appeal,' is an amount that was paid to the district court clerk." *Hotels.com*, 593 U.S. at 340 (citing 28 U.S.C. § 1917). "The filing fee referred to in this subdivision is the $5 fee required by 28 U.S.C. § 1917 for filing a notice of appeal from the district court to the court of appeals." Fed. R. App. P. 39, Advisory Committee Notes, 2025 Amendments.

In sum, Plaintiff's motion (ECF No. 160) should be denied. To the extent that the Court grants Plaintiff's motion, the taxable costs should be no more than $5. *See* 28 U.S.C. § 1917; *Hotels.com*, 593 U.S. at 340.

Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the Plaintiff to be served with a copy of this letter by First-Class United States Mail at the address listed below.

Respectfully submitted,

*s/ Mark G. Mitchell*
MARK G. MITCHELL
Assistant Attorney General, *Of Counsel*
Bar Roll No. 516818

CC: Via First-Class United States Mail:
Maxmillian Sloley (17-A-0421)
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, NY 12788-1000