UNITE STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Sloley v. Vanbramer                    14-CV-339
United States Magistrate Judge Evangelista

## Motion For Sanctions

Plaintiff is requesting this Court to ORDER sanctions as warranted against defendants for their unethical acts of misconduct, such as:

1) Discovery violations - FRCP 37
2) Perjury
3) Fraud

This motion pertains to the Administrative complaint that was filed by Aaron King against State Troopers Eric Vanbramer and Brian Vanbramer for unlawfully "strip searching/visual cavity searching" Aaron King in public.

Magistrate Judge Hummel "COURT ORDERED" the defendants to produce a copy of this complaint. Defendants violated FRCP Rule 37 by providing an altered Administrative complaint that was deleted, tampered, falsified, and evasive of the unlawful conduct committed by Eric Vanbramer and Brian Vanbramer." FRCP Rule 37-(Daval steele v. M/V Fakredine, 951 F.2d 1357),-

①

(Robertson v. Dowbenko, 443 Fed. Appx. 659)."

"FRCP Rule 44 - Proving an official document and FRE Rule 901 - Authenticating or identifying evidence, (U.S. v. Vayner, 769 F.3d 125)." This discovery violation is also an act of FRAUD, such as FRCP Rule 9 - (Apex v. Belcher, 855 F. 2d 1009)." Eric and Brian Vanbramer committed perjury and fraud by denying any knowledge of the documented complaint, and the incident itself. This is perjury, (ABF Freight Sys. Inc., v. NLRB, 510 U.S. 317), (Radecki v. GlaxoSmithKline, 375 Fed. Appx. 46), (Sanders v. Sullivan, 863 F. 2d 218), and Fraud. Defendants created PREJUDICE that denied plaintiff a fair trial by not allowing the jury an opportunity to hear, assess, and weigh this evidence. In light of these unethical violations, a retrial cannot, and will not, be a legally proper and just remedy. The only remedy that would be proper and just would be a Directed Judgment in favor of the plaintiff. Allowing both Vanbramer brothers a second opportunity to either

lie Again, or to tell the truth this time by changing their testimony would be a miscarraige of justice.

    Plaintiff requests A Court Ordered sanction of A Summary Judgment in favor of the Plaintiff.

December 12, 2025

X M. Sloley
Maxmillian Sloley
17A0421
99 Prison Road
P.O. Box 1000
Woodbourne, NY
12788

Maxmillian Sloley 17A0421
**WOODBOURNE CORRECTIONAL FACILITY**
**99 Prison Road**
**P.O. Box 1000**
**Woodbourne, N.Y. 12788-1000**

WOODBOURNE
CORRECTIONAL FACILITY

NEOPOST
12/12/2025
US POSTAGE $000.74

FIRST-CLASS MAIL
IMI

ZIP 12788
041M11284544

Legal Mail

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
DEC 1 6 2025
RECEIVED

c/o Magistrate Judge Evangelista
United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207-2936

Legal Mail

Maxmillian Sloley 17A0421

Legal Mail


Printed On Recycled Paper