UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Sloley v. Vanbramer    14-CV-339

U.S. Magistrate Judge Evangelista

MOTION TO PROCEED WITH BENCH TRIAL
WAIVER/WITHDRAWAL OF JURY TRIAL

Court,

Plaintiff is requesting a waiver/withdrawal of a jury trial and a consent to proceed with a Bench Trial by the Court. A trial by jury will be an unnecessary use of time and resources by the Court, by the jurors, and by both parties. This case is simple and non complex. Utilizing a jury will only cause unnecessary confusion, complications, and inconveniences. A Bench trial will also eliminate any possibility of jury bias and prejudice. This trial contains no physical/tangible evidence. The only evidence is

(1)

witness testimony given by the Plaintiff and both Vanbramer Brothers. The Court can easily and competently decide the verdict based on Rule of Law and undisputable proven facts. This case does not have any claims or issues that would mandate a jury trial. A Bench Trial will not cause any prejudice to the defendant. A Bench Trial will be expedient for both parties, and the Court, and will be in the best interest of judicial economy.

Plaintiff is requesting this Court to proceed - Bench Trial.

FRCP 39(A)(2) - The Court, on motion or on its own, finds that on some or all of those issues there is no Federal right to a jury trial, (Rosen V. Dick, 639 F.2d 82).

December 12th, 2025

x M. Sloley
Maxmillian Sloley
17A0421
99 Prison Road
P.O. Box 1000
Woodbourne, NY
12788

(2)

Maxmillian Sloley 17A0421
**WOODBOURNE CORRECTIONAL FACILITY**
**99 Prison Road**
**P.O. Box 1000**
**Woodbourne, N.Y. 12788-1000**

Legal Mail

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
DEC 1 6 2025
RECEIVED

WOODBOURNE
★
CORRECTIONAL FACILITY

NEOPOST
12/12/2025
US POSTAGE $000.74

FIRST-CLASS MAIL
IMI

ZIP 12788
041M11284544

c/o Magistrate Judge Evangelista
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2936

Legal Mail

Maxmillian Sloley 17A0421

Legal Mail


Printed On Recycled Paper