

Office of the New York State
Attorney General

Letitia James
Attorney General

Writer Direct: (518) 776-2583

December 30, 2025

**VIA CM/ECF**
The Honorable Paul J. Evangelista
United States Magistrate Judge
James T. Foley United States Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:   *Sloley v. VanBramer*
             Northern District of New York
             14-CV-339 (PJE)

Dear Judge Evangelista:

    This Office represents Defendant Eric VanBramer in the above-referenced action. It is my understanding that the retrial of this matter has not yet been scheduled, and counsel for Plaintiff has not yet been appointed. Nevertheless, on December 12, 2025, Plaintiff *pro se* filed a motion *in limine* to exclude witness testimony. Dkt. No. 163. And on December 16, 2025, Plaintiff *pro se* filed three more motions, for discovery, for sanctions, and for a bench trial. Dkt. Nos. 164, 165, 166.

    Defendant respectfully requests an extension of time until <u>January 23, 2026</u>, to file and serve Defendant's opposition to Plaintiff's motions at Dkt. Nos. 163, 164, 165, and 166. The reason for this request is that I have several other motions and pretrial submissions due in January. Thank you for your consideration of this request.

    Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the Plaintiff to be served with a copy of this letter by First-Class United States Mail at the address listed below.

                                         Respectfully submitted,

                                         *s/ Mark G. Mitchell*
                                         MARK G. MITCHELL
                                         Assistant Attorney General, *Of Counsel*
                                         Bar Roll No. 516818

CC: Via First-Class United States Mail:
    Maxmillian Sloley (17-A-0421)
    Woodbourne Correctional Facility
    99 Prison Road
    P.O. Box 1000
    Woodbourne, NY  12788-1000