# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

---

Maxmillian Sloley

                                **Plaintiff,**

v.                                                                      Case No.:    1:14-CV-339
                                                                                                        ( PJE )

Eric Van Bramer

                                **Defendant(s).**

---

**Hon. Paul J. Evangelista, United States Magistrate Judge:**

## ATTORNEY APPOINTMENT ORDER

During a telephone conference with plaintiff pro se and counsel for defendant(s) on 11/14/2025, plaintiff renewed his request for the appointment of pro bono trial counsel. Good cause appearing for that request, it is hereby

**ORDERED** that:

1. The following named attorney is appointed as pro bono trial counsel[1] for plaintiff effective immediately:

   | | |
   |---|---|
   | Name: | J. Remy Green, Esq. |
   | Firm: | Cohen & Green P.L.L.C. |
   | Address: | 1639 Centre Street, Suite 216 |
   | City, State, Zip: | Ridgewood, New York 11385 |
   | Phone Number: | (929) 888-9480 |

   The NDNY maintains a list of attorneys who are willing to serve as mentors to assigned *pro bono* counsel. If you would like further information about this program, please contact Clerk of Court John Domurad (518-257-1809) or Chief Deputy Dan McAllister (315-234-8505).

2. The Clerk shall serve a copy of this order upon plaintiff by regular mail and upon counsel by electronic mail; and

---

[1] This appointment is for purposes of trial only. Any appeal shall remain the responsibility of the plaintiff alone unless a motion for appointment of counsel for an appeal is granted.

3. A conference will be held by TEAMS video/telephone with all parties on **January 20, 2026 at 10:00am.** (chambers will provide a TEAMS link to participants prior to the Conference)

**IT IS SO ORDERED**

Dated: January 2, 2026
at Albany, New York

_____
Hon. Paul J. Evangelista
U.S. Magistrate Judge