# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | ) | |
|---|---|---|
| Sloley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-00339 (PJE) |
| State of New York, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 01/26/2026

/s/ Regina Yu
*Attorney's signature*

Regina Yu, 6078000
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385
*Address*

regina@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*