

February 10, 2026

Hon. Paul J. Evangelista, U.S.M.J.
Northern District of New York
James T. Foley U.S. Courthouse, Suite 509
445 Broadway
Albany, NY 12207

By Electronic Filing.

**Re:    Case No. 14-cv-339, <u>Sloley v. VanBramer.</u>**

Dear Judge Evangelista:

As the Court knows, my firm has been appointed to serve as pro bono trial counsel to the Plaintiff in the case above.  As discussed at the latest conference, I write to update the Court on our looking into the transportation issues that happened during the first trial.

By way of background, as we discussed, during the first trial, DOCS had housed Plaintiff at a more distant facility during the trial.  He was woken up between 2:00 a.m. and 3:00 a.m., not fed until around 7:00 to 8:00 a.m., and then began travel to the Courthouse at around 8:00 a.m.  My understanding is that officers woke people up extremely early for transit at that facility generally.

Our understanding is that Plaintiff is currently being housed significantly closer, and that there are no plans to move him before trial.  Given that, we are optimistic that he will not be moved, and that the new facility will transport him in a much more reasonable fashion.  Accordingly, we do not think there is any need to brief any issue now — and if something changes, we will make an appropriate motion.

As ever, I thank the Court for its time and attention.

Respectfully submitted,

/s/

_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All parties by ECF.