U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Feb 23 - 2026**

John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**MAXMILLIAN SLOLEY (17-A-0421)**
        **Plaintiff,**


    **-vs**                               **Civil Case No.  1:14-cv-339 (PJE)**


**ERIC VAN BRAMER**
        **Defendants.**

_____

## ORDER

It appearing that a Writ of Habeas Corpus Ad Testificandum be issued to the Superintendent of Woodbourne Correctional Facility, or his deputies, for **MAXMILLIAN SLOLEY (DIN# 17-A-0421)**, the plaintiff in the above-entitled action, who is in their respective custody and charge, to be produced at **9:00 a.m. on Tuesday, April 7th, 2026** and each day thereafter for the duration of the trial, at the **United States Courthouse at 445 Broadway, Albany, New York**, for the purpose of attending, participating and testifying at the trial relative to the above-entitled case before the Honorable Paul J. Evangelista.  It appears that the plaintiff is presently incarcerated at Woodbourne Correctional Facility, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the plaintiff at said proceeding.  It is expected that this trial will last approximately 4 days.  Therefore, it is hereby

**ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Superintendent of the above-named facility where said plaintiff is currently housed, or his deputies, to deliver said plaintiff to the Courthouse on the date and time specified above until the completion of this trial; it is further

**ORDERED** that the plaintiff be provided with Court appropriate clothes (khakis and a button-down shirt) for the duration of the trial; it is further

**ORDERED** that the plaintiff is to be provided with breakfast and lunch on all trial days; it is further

**ORDERED** that a certified copy of this Order and said Writ be served via email and "certified mail - return receipt requested" upon the Superintendent of the named institution.

DATED: February 23rd , 2026

U.S.D.C. for the Northern District of New York

I, the undersigned Clerk of the Court, do hereby certify that this is a true correct and full copy of the original document on file in my custody.

Total Pages(s) __1__
Dated __2/23/26__ John M. Domurad, Clerk
By __TAB__ ,Deputy Clerk

_____
Paul J. Evangelista
U.S. Magistrate Judge