UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**MAXMILLIAN SLOLEY, 17-A-0421**
                    **Plaintiff,**


        **-vs**                                              **Civil Case No.  1:14-cv-339 (PJE)**


**ERIC VANBRAMER**
                    **Defendants.**
-----------------------------------------------------------
                **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    Superintendent, Woodbourne Correctional Facility
       99 Prison Road
       P.O. Box 1000
       Woodbourne, NY 12788-1000

GREETINGS:

THE SUPERINTENDENT OF WOODBOURNE CORRECTIONAL FACILITY IS HEREBY
COMMANDED TO PRODUCE **MAXMILLIAN SLOLEY, (DIN# 17-A-0421)**, under safe
and secure conduct, to the United States Courthouse at 445 Broadway, Albany, New York to
appear before the Honorable Paul J. Evangelista, on **Tuesday, April 7th, 2026 at 9:00 a.m**. and
each day thereafter until the completion of trial, for the purpose of appearing, participating and
testifying at trial in this Court.  The trial is expected to last approximately 4 days.
**MAXMILLIAN SLOLEY.** (Plaintiff) (DIN# 17-A-0421), by you imprisoned and detained,
may be returned to the State Facility upon the completion of the trial.  **The prisoner at all times
is to remain subject to the confinement imposed upon him by the State of New York**.

        And have you then and there this Writ:

**WITNESS**, Hon. Paul J. Evangelista, U.S. District Court, Northern District of New York, this
23rd  day of February, 2026.


                                John Domurad
                                Clerk of the Court

                                s/Tara Burtt
                                T. Burtt, Deputy Clerk