UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAXMILLIAN SLOLEY,

                Plaintiff,

     -v-

ERIC VANBRAMER,

                Defendant.

**NOTICE OF MOTION FOR PLAINTIFF'S MOTIONS *IN LIMINE***

**14-cv-339 (PJE)**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated March 18, 2026, and all pleadings and proceedings previously had herein, plaintiff Maxmillian Sloley will move this Court before the Honorable Paul J. Evangelista, United States Magistrate Judge, at a date and time to be determined by the Court to issue *in limine* specifically detailed in that memorandum.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served in accordance with the Trial Order in this matter (ECF 175).

Dated:      March 18, 2026
             Ridgewood, New York

                Respectfully submitted,

                Cohen & Green, P.L.L.C.
                1639 Centre St Suite 216
                Ridgewood, New York 11385
                t: 929-888-9480
                e: remy@femmelaw.com
                *Attorneys for Plaintiff*

                By: _____/s/_____
                    J. Remy Green

To:    LETITIA JAMES
       New York State Attorney General
       *Attorney for Defendant*

The Capitol
Albany, NY 12224

Mark G. Mitchell
Assistant Attorney General, of Counsel
Telephone: 518-776-2583
Email: mark.mitchell@ag.ny.gov

Rachael S. Ouimet
Assistant Attorney General, of Cournsel
Telephone: 518-776-2599
Email: rachael.ouimet@ag.ny.gov

*Via ECF*

2