UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MAXIMILLIAN SLOLEY,

                              Plaintiff,

        v.

ERIC VANBRAMER,

                              Defendant.

-----------------------------------------------------------x

Civil Action No:
14-CV-339 (GLS/CFH)

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

J. Remy Green
**COHEN&GREEN P.L.L.C.**
*Pro bono trial counsel for Plaintiff*
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888.9480 (telephone)
(929) 888.9457 (facsimile)
remy@femmelaw.com

**MAXIMILLIAN SLOLEY**
*Pro Se Plaintiff*

Pursuant to Rule 49 of the Federal Rules of Civil Procedure, Plaintiff asks that that the

Court utilize the following Special Verdict Form in connection with the trial of this action.

**[this space intentionally left blank]**

<u>SPECIAL VERDICT FORM – LIABILITY AND DAMAGES</u>

<u>Visual Body Cavity Search under § 1983:</u>

1.      Do you find that plaintiff Maximillian Sloley has established, by a preponderance of the evidence, that Defendant Eric VanBramer engaged in a visual cavity search without a specific, articulable factual basis supporting a reasonable suspicion to believe Mr. Sloley had hidden evidence inside the body cavity Defendant VanBramer searched?

Yes _____    No _____

**If your answer to Question 1 is "Yes", you have found a verdict in Mr. Sloley's favor, and you should proceed to Questions 2 and 3 (and skip Question 4).**

**If the answers to Questions 1 is "No", you have found a verdict in favor of the defendant, and you should proceed to Question 4 (and skip Questions 2 and 3)**

2.      What amount of damages, if any, including any emotional suffering or mental distress, has Mr. Slolely sustained as a result of Defendant VanBramer's conduct?

$_____

3.      In addition to any compensatory damages you have awarded Mr. Hayden, which compensate him for damages he actually suffered and will suffer, do you find Defendant VanBramer should pay punitive damages?

Yes _____    No _____

If you answered yes to this question, please state the amount.

$ _____

**Once you have answered this question, you have completed your work and may stop here and notify the Marshal that a unanimous verdict has been reached.**

4.     Please state what factors you found gave rise to Officer VanBramer's suspicion that Mr. Slolely had hidden evidence inside the body cavity (that is, inside his anus) that Officer VanBramer searched:

**Once you have answered this question, you have completed your work and may stop here and notify the Marshal that a unanimous verdict has been reached.**

Dated: _____, 2026
        Albany, New York

                                    _____
                                    FOREPERSON