UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

                                    *Plaintiff,*          **JOINT PRETRIAL
                                                           STIPULATION**

         -against-
                                                          1:14-CV-0339

ERIC VANBRAMER,
                                                              PJE

                                    *Defendant.*

---

(a)    The basis for federal jurisdiction is 42 U.S.C. § 1983.

(b)    The parties are conferring about exhibits and expect to file a stipulation by March 31, 2026.

(c)    (i)    Defendant responds that it appears that all pertinent facts are in dispute. Plaintiff responds that some facts — for example, whether a visual cavity search took place, or whether Plaintiff was in fact arrested — are not in dispute.

         (ii)    The facts in dispute are:

   • Whether Defendant subjected Plaintiff to a visual body cavity search without reasonable suspicion in violation of the Fourth Amendment on April 1, 2013.

   • Defendant responds that there is a factual dispute as to whether Defendant's conduct proximately caused injury to Plaintiff and the amount of damages, if any. Plaintiff disagrees and asserts that the dispute is if the constitutional violation occurred, what damages are appropriate.

   • Defendant responds that there is a factual dispute as to whether a reasonable officer in Defendant's position could have believed that Defendant's search of Plaintiff on April 1, 2013 was appropriate under the circumstances. Plaintiff responds that this is not a factual dispute and that the second prong of qualified immunity, as relevant to this case, is purely a matter of law already resolved by the Second Circuit.

         (iii)    Issues of law to be considered and applied by the Court:

         Whether Defendant is entitled to qualified immunity.

1

Dated: Albany, New York
      March 18, 2026

 

LETITIA JAMES
New York State Attorney General
*Attorney for Defendant*
The Capitol
Albany, New York 12224

By: *Mark G. Mitchell*
_____
Mark G. Mitchell
Assistant Attorney General, of Counsel
Bar Roll No. 516818
Telephone: 518-776-2583
Fax: 518-915-7738 (Not for service of papers)
Email: mark.mitchell@ag.ny.gov

By: _____
Rachael S. Ouimet
Assistant Attorney General, of Counsel
Bar Roll No. 703304
Telephone: 518-776-2599
Email: Rachael.Ouimet@ag.ny.gov


_____/s/_____
J. Remy Green
Cohen & Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY 11385

_____
Regina Yu
Cohen & Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY 11385


2