UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

<em>Plaintiff,</em>

-against-                                                    1:14-CV-339

ERIC VANBRAMER,                                              PJE

<em>Defendant.</em>

---

**JURY VERDICT FORM**

PLEASE NOTE:    Each Juror will be provided with a Verdict Form.  However, your verdict should be reported to the Judge on ONLY ONE Verdict Form which is signed by the Jury Foreperson ("Foreperson").  The remaining Verdict Forms should be returned to the Courtroom Deputy unsigned.

Please carefully follow the directions accompanying each question (including any directions or guidance in **bold type**).  Also, please indicate your response to questions by placing an "X" on the appropriate lines.

**QUESTION 1:**

Has Plaintiff Maxmillian Sloley proven by a preponderance of the credible evidence that on April 1, 2013, Defendant Eric VanBramer subjected him to a visual body cavity search?

YES ___          NO ___

**If you answered "Yes" to Question 1, proceed to Question 2.  If you answered "No" to Question 1, then the Foreperson should sign and date this form and notify the Marshal that a unanimous verdict has been reached.**

**QUESTION 2:**

Has Plaintiff Maxmillian Sloley proven by a preponderance of the credible evidence that on April 1, 2013, Defendant Eric VanBramer subjected him to a visual body cavity search without reasonable suspicion to believe that Plaintiff Maxmillian Sloley had hidden evidence inside of his body cavity, in violation of the Fourth Amendment?

YES ___          NO ___

**If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, then the Foreperson should sign and date this form and notify the Marshal that a unanimous verdict has been reached.**

**QUESTION 3:**

If you answered "Yes" to Questions 1 and 2 above, has Plaintiff Maxmillian Sloley proven by a preponderance of the credible evidence that Defendant Eric VanBramer's conduct proximately caused injury to him?

YES ___          NO ___

**If you answered "Yes" to Question 3, proceed to Question 4. If you answered "No" to Question 3, then the Foreperson should sign and date this form and notify the Marshal that a unanimous verdict has been reached.**

**QUESTION 4:**

What sum of money, if any, do you find that Plaintiff Maxmillian Sloley proved by a fair preponderance of the credible evidence would fairly compensate him for any injury that he actually suffered which you found was proximately caused by a violation of his Fourth Amendment rights by Defendant Eric VanBramer? (If you find that Plaintiff's constitutional rights were violated, but that he did not sustain any actual or compensatory damages as a result, then you should award Plaintiff nominal damages in the amount of $1.00)

_____

**Proceed to Question 5.**

2

**QUESTION 5:**

Should Plaintiff Maxmillian Sloley be awarded punitive damages against Defendant Eric VanBramer as a result of the conduct for which you answered "Yes" in Questions 1, 2, and 3 above?

YES \_\_\_                  NO \_\_\_

**If you answered "Yes" to Question 5, then you will have to return at a later date to determine the amount of punitive damages to assess.**

**AFTER YOU HAVE ANSWERED THE QUESTIONS ABOVE, PLEASE SIGN AND DATE THIS FORM, AND RETURN IT TO THE MARSHAL**.

Dated: _____                    _____
                                                          Foreperson