UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

MAXMILLIAN SLOLEY,

<em>Plaintiff</em>,

-against-                                                          1:14-CV-339

ERIC VANBRAMER,                                                    PJE

<em>Defendant</em>.

_____

**DEFENDANT'S PROPOSED SPECIAL INTERROGATORIES CONCERNING
QUALIFIED IMMUNITY**

Defendant submits these Proposed Special Interrogatories—each to be presented in a "Yes/No" format—for the Jury's consideration so that the Court may rule, as a matter of law, whether Defendant is entitled to qualified immunity.

1. Did Daphne Rollins tell New York State Trooper Bryan VanBramer that Plaintiff may be associated with illegal drug activity and may have drugs on him?

2. Was Plaintiff fleeing from the scene of the domestic incident in his vehicle at the time he was stopped and apprehended by the police?

3. Did New York State Police dog Ryder have a positive alert to Plaintiff's vehicle?

4. Did Defendant New York State Trooper Eric VanBramer observe a small amount of a loose, chunky substance that looked like crack cocaine located in the crease of the driver's seat of Plaintiff's vehicle?

5. Did Defendant Eric VanBramer infer based on the circumstances that the driver had been in a hurry to hide that substance while he was sitting in the driver's seat, but some of it fell onto the seat?

6. Did Defendant Eric VanBramer perform a NIK field test on the substance from Plaintiff's vehicle?

7. Did the substance from Plaintiff's vehicle test positive for cocaine?

8. As of April 1, 2013, did Plaintiff have prior criminal convictions for possessing and selling drugs?

9. As of April 1, 2013, was Plaintiff well known in the area for being involved with illegal drugs?

10. On April 1, 2013, was Plaintiff charged with Criminal Possession of a Controlled Substance in the Seventh Degree, among other counts?

11. On April 1, 2013, did Plaintiff have permission from his Probation Officer to travel to the Northern District?

12. Prior to April 1, 2013, had Defendant Eric VanBramer been involved in other arrests where the arrestee concealed drugs between the arrestee's "butt cheeks"?

Dated: March 18, 2026
Albany, New York

**LETITIA JAMES**
New York State Attorney General
*Attorney for the Defendant*
The Capitol
Albany, New York  12224

By: *s/ Mark G. Mitchell*
Mark G. Mitchell
Assistant Attorney General, of Counsel
Bar Roll No. 516818
Telephone:  518-776-2583
Fax:  518-915-7738
Email: Mark.Mitchell@ag.ny.gov

By: *s/ Rachael S. Ouimet*
Rachael S. Ouimet
Assistant Attorney General, of Counsel
Bar Roll No. 703304
Telephone: 518-776-2599
Email: Rachael.Ouimet@ag.ny.gov

To:  Via ECF
J. Remy Green
Regina Yu
Cohen & Green P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, NY  11385