UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

**CASE NAME:**    Sloley v. VanBramer

Page _____ of _____

**CASE NUMBER:**        1:14-cv-339 (PJE)

**DATE:**            April 7, 2026

**PRESIDING JUDGE:**    HON. PAUL J. EVANGELISTA

(   )  PLAINTIFF        ( X )  DEFENDANT        (   )  COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-1 | | | | | Incident Report by Bryan VanBramer, dated April 1, 2013 |
| D-2 | | | | | Arrest Report, dated April 1, 2013 |
| D-3 | | | | | Incident Report by Eric VanBramer, dated April 1, 2013 |
| D-4 | | | | | Felony Complaint for criminal mischief in the third degree (damage to windshield) |
| D-5 | | | | | Felony Complaint for criminal mischief in the third degree (damage to cellular phone) |

EXHIBITS RETURNED TO COUNSEL  (Date): _____     Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

**CASE NAME:**   Sloley v. VanBramer

Page ____ of ____

**CASE NUMBER:**   1:14-cv-339 (PJE)

**DATE:**   April 7, 2026

**PRESIDING JUDGE:**   HON. PAUL J. EVANGELISTA

( ) PLAINTIFF   ( X ) DEFENDANT   ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-6 | | | | | Information for harassment in the second degree, physical contact, dated April 1, 2013 |
| D-7 | | | | | Information for criminal possession of a controlled substance in the seventh degree, dated April 1, 2013 |
| D-8 | | | | | Domestic Incident Report, dated April 1, 2013, with statement of victim |
| D-9 | | | | | Greene County 911 CAD Incident Detail |
| D-10 | | | | | Repository Inquiry from the New York State Division of Criminal Justice Services |

EXHIBITS RETURNED TO COUNSEL   (Date): _____   Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

**CASE NAME:**      Sloley v. VanBramer

Page ____ of ____

**CASE NUMBER:**          1:14-cv-339 (PJE)

**DATE:**                April 7, 2026

**PRESIDING JUDGE:**    HON. PAUL J. EVANGELISTA

( )  PLAINTIFF          ( X )  DEFENDANT        ( )  COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-11 | | | | | Certificate of Disposition from Athens Town Court Criminal Part, dated December 12, 2014 |
| D-12 | | | | | List of drug evidence submitted for destruction |
| D-13 | | | | | General 2 evidence record for case number: 5034984 |
| D-14 | | | | | General 45 search summary |
| D-15 | | | | | Plaintiff's complete medical records from Dr. Richard D. Kessler |

EXHIBITS RETURNED TO COUNSEL  (Date): _____        Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

**CASE NAME:**   Sloley v. VanBramer

Page ____ of ____

**CASE NUMBER:**   1:14-cv-339 (PJE)

**DATE:**   April 7, 2026

**PRESIDING JUDGE:**   **HON. PAUL J. EVANGELISTA**

(   )   PLAINTIFF   ( X )   DEFENDANT   (   )   COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-16 | | | | | Southern District of New York Court Order directing Plaintiff to appear on April 19, 2013 |
| D-17 | | | | | Judgment for revocation of probation or supervised release, dated July 15, 2013 (Pauley, D.J.) |
| D-18 | | | | | Uniform Sentence and Commitment, dated January 24, 2017 (Wilhelm, J.) |
| D-19 | | | | | Picture of New York State Police canine Ryder (poster) |
| D-20 | | | | | NIK test, sample |

EXHIBITS RETURNED TO COUNSEL   (Date): _____       Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

**CASE NAME:**    Sloley v. VanBramer

Page _____ of _____

**CASE NUMBER:**          1:14-cv-339 (PJE)

**DATE:**             April 7, 2026

**PRESIDING JUDGE:**    HON. PAUL J. EVANGELISTA

(   )  PLAINTIFF        ( X )   DEFENDANT       (   )  COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-21 | | | | | Transcription of Plaintiff's Deposition, taken on May 18, 2015 (marked for identification) |
| D-22 | | | | | Transcription of deposition of Daphne Rollins, taken on July 14, 2015 (marked for identification) |
| D-23 | | | | | Subpoena to Daphne Rollins to testify at deposition, dated July 1, 2015 |
| D-24 | | | | | Plaintiff's letter dated September 19, 2025 |
| D-25 | | | | | Transcription of Plaintiff's testimony from the first trial (marked for identification) |

EXHIBITS RETURNED TO COUNSEL   (Date): _____        Signature: _____