UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

|  |  |  |
|---|---|---|
| | *Plaintiff*, | **NOTICE OF MOTION** |
| -against- | | 1:14-cv-339 |
| ERIC VANBRAMER, | | PJE |
| | *Defendant*. | |

---

PLEASE TAKE NOTICE that upon the annexed submission in support Defendant's motion *in limine*, and upon all prior proceedings, Defendant on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion *in limine* at the United States District Court, Northern District of New York, Albany, New York, for an order:

(1)    Permitting defense counsel to cross-examine Plaintiff about the allegations in his other federal lawsuits;

(2)    Permitting defense counsel to inquire into Plaintiff's convictions and supervised release in accordance with the Court's prior rulings;

(3)    Precluding Plaintiff from offering any testimony or other evidence at trial about:

(a) other individuals claiming that they were searched by Eric VanBramer or by other State Troopers; and

(b) Eric VanBramer or other State Troopers having a reputation for carrying out improper searches;

(4)    Precluding Plaintiff from introducing any evidence, testimony, or cross-examination at trial concerning the disciplinary records and/or disciplinary histories of Defendant Eric VanBramer and former Defendant Bryan VanBramer;

1

(5)    Precluding any reference to claims previously dismissed in this action;

(6)    Precluding Plaintiff from claiming that Eric VanBramer, Bryan VanBramer, and/or the New York State Police participated in a conspiracy or "cover-up" against Plaintiff;

(7)    Precluding Plaintiff from arguing that the jury should draw an adverse inference against Eric VanBramer based on the destruction of the drug evidence that was recovered from Plaintiff's vehicle;

and

(8)    Admitting into evidence the records from Dr. Kessler.

Dated: Albany, New York
        March 18, 2026

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant
The Capitol
Albany, New York  12224

By: *s/ Mark G. Mitchell*
Mark G. Mitchell
Assistant Attorney General, of Counsel
Bar Roll No. 516818
Telephone: 518-776-2583
Fax: 518-915-7738 (Not for service of papers)
Email: mark.mitchell@ag.ny.gov

By: *s/ Rachael S. Ouimet*
Rachael S. Ouimet
Assistant Attorney General, of Counsel
Bar Roll No. 703304
Telephone: 518-776-2599
Email: Rachael.Ouimet@ag.ny.gov

To:    Via ECF
       J. Remy Green
       Regina Yu
       Cohen & Green P.L.L.C.

2

1639 Centre Street
Suite 216
Ridgewood, NY  11385