Page 1 of ___1___

United States District Court
For The Northern District Of New York Case

No. 14-cv-00339-PJE_____

Date: April 7, 2026_____

Presiding Judge: Hon. Paul J. Evangelista_____

(x) Plaintiff                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| **P-1** | | | | | **Bryan VanBramer Declaration** |
| **P-2** | | | | | **Eric VanBramer Declaration** |
| **P-3** | | | | | **Second Circuit Brief of Defendants** |
| **P-4** | | | | | **Placeholder for Eric VanBramer Disciplinary Records** |
| **P-5** | | | | | **Placeholder for Bryan VanBramer Disciplinary Records** |
| **P-6** | | | | | **Transcription of Bryan VanBramer's testimony from the first trial (marked for identification)** |
| **P-7** | | | | | **Transcription of Eric VanBramer's testimony from the first trial (marked for identification)** |
| **P-8** | | | | | **Transcription of Theodore LaRuffa's testimony from the first trial (marked for identification)** |
| | | | | | |

Exhibits Returned To Counsel (Date):_____Signature:_____