UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAXMILLIAN SLOLEY,

|                          | |                          |
|--------------------------|-|--------------------------|
| *Plaintiff*,             | | **JOINT PRETRIAL STIPULATION AS TO EXHIBITS** |
| -against-                | |                          |
| ERIC VANBRAMER,          | | 1:14-CV-0339             |
| *Defendant*.             | | PJE                      |

---

With respect to Defendant's Exhibit List (Dkt. No. 191, filed on March 18, 2026) and

Plaintiff's Exhibit List (Dkt. No. 196, filed on March 18, 2026), the parties stipulate as follows:

List of Exhibits which can be stipulated into evidence:

P-1, P-2.

List of Exhibits which will be offered without objection as to foundation:

D-1, D-2, D-3, D-4, D-5, D-6, D-7, D-8, D-9, D-10, D-11, D-14, D-15, D-16, D-17, D-18, D-21, D-22, D-23.

Dated:  Albany, New York
        March 31, 2026

LETITIA JAMES
New York State Attorney General
*Attorney for Defendant*
The Capitol
Albany, New York  12224

1

By: s/ Mark G. Mitchell

Mark G. Mitchell
Assistant Attorney General, of Counsel
Bar Roll No. 516818
Telephone: 518-776-2583
Fax:    518-915-7738 (Not for service of papers)
Email: mark.mitchell@ag.ny.gov

By: s/ Rachael S. Ouimet

Rachael S. Ouimet
Assistant Attorney General, of Counsel
Bar Roll No. 703304
Telephone: 518-776-2599
Email: Rachael.Ouimet@ag.ny.gov


_ /s/_____
J. Remy Green
Cohen & Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY  11385

__/s/_____
Regina Yu
Cohen & Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY  11385

2