

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

Writer Direct:  (518) 776-2583

April 16, 2026

**VIA CM/ECF**
The Honorable Paul J. Evangelista
United States Magistrate Judge
James T. Foley United States Courthouse
445 Broadway, Room 441
Albany, New York  12207

>     Re:    *Sloley v. VanBramer*
>            Northern District of New York
>            14-CV-339 (PJE)

Dear Judge Evangelista:

    This Office represents Defendant Eric VanBramer in the above-referenced action. Defendant respectfully submits this letter in response to Plaintiff's letter motion, filed on April 15, 2026, which demands a free transcription of the retrial.  Dkt. No. 218.

    Plaintiff fails to identify a non-frivolous basis for a post-trial motion or appeal from the Judgment in favor of Defendant.  In addition, Plaintiff fails to provide any authority establishing that he is entitled to a free trial transcription.  *See* Text Order filed on October 17, 2022, Dkt. No. 141 (denying Plaintiff's request for a free transcription of the first trial).

>                 Respectfully submitted,
>
>                 *s/ Mark G. Mitchell*
>                 MARK G. MITCHELL
>                 Assistant Attorney General, *Of Counsel*
>                 Bar Roll No. 516818

CC:  All counsel of record via ECF