UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAXMILLIAN SLOLEY,

                    Plaintiff,

      -v-

ERIC VANBRAMER,

                    Defendant.

**NOTICE OF MOTION**

**14-cv-339 (PJE)**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated May 6, 2026, and all pleadings and proceedings previously had herein, plaintiff Maxmillian Sloley will move this Court before the Honorable Paul J. Evangelista, United States Magistrate Judge, at a date and time to be determined by the Court, for judgment as a matter of law under, among other things, Rule 50 and 60; and for a new trial under, among other things, Rule 59 and the Court's inherent authority; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. App. P. 4(a)(4), "the time to file an appeal runs for all parties from the entry of the order disposing" of this motion and the time to file a notice of appeal is accordingly stayed (whether in effect or in name).

Dated:        May 6, 2026
              Ridgewood, New York

                                  Respectfully submitted,

                                    Cohen & Green, P.L.L.C.
                                    1639 Centre St Suite 216
                                    Ridgewood, New York 11385
                                    t: 929-888-9480
                                    e: remy@femmelaw.com
                                    *Attorneys for Plaintiff*

                                  By: _____/s/_____
                                        J. Remy Green

2

To:     LETITIA JAMES
        New York State Attorney General
        *Attorney for Defendant*
        The Capitol
        Albany, NY 12224

        Mark G. Mitchell
        Assistant Attorney General, of Counsel
        Telephone: 518-776-2583
        Email: mark.mitchell@ag.ny.gov

        Rachael S. Ouimet
        Assistant Attorney General, of Cournsel
        Telephone: 518-776-2599
        Email: rachael.ouimet@ag.ny.gov

        *Via ECF*