**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Maximillian Sloley,<br><br>                    Plaintiff,<br><br>        v.<br><br>Eric VanBramer.<br><br>                    Defendant. | Docket No. 14-cv-339<br><br><br>**DECLARATION OF<br>J. REMY GREEN** |

STATE OF ILLINOIS            )
                             )  ss.:
COUNTY OF COOK               )

I, Remy Green, being duly sworn, depose and say:

1.      I am a partner at Cohen&Green P.L.L.C., the *pro bono* trial attorneys for Plaintiff Sloley.

2.      I make this declaration to place certain documents in my control in the record on Plaintiff's motion for judgment as a matter of law or a new trial.

3.      Attached as Exhibit 1 is a true copy of the transcript for the first day of the second trial.

4.      Attached as Exhibit 2 is a true copy of the transcript for the second day of the second trial.

5.      As noted in the accompanying memorandum of law, there are certain relevant issues not covered in the transcripts I received, most importantly, the jury note and relevant objections/colloquy on how to respond to the note.  Accordingly, I represent that the factual assertions in the memorandum are based on my notes and my best recollection of what took place during trial.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On:  May 6, 2026

/s/

_____

J. Remy Green